ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAR 12 2019  ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Christine N. Knight

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MTA New York City Transit
and it's Offices
Del Andrews · Patricia Lodge John Angeram

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Frank Jezycki · Donald McClean
Steven Halvox - MTA Inspector General

**Complaint for Employment Discrimination**

Case No. CV 19-1428
*(to be filled in by the Clerk's Office)*

CHEN, J.

BLOOM, M.J.

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

☐ ORIGINAL

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Christine N. Knight_

Street Address _1675 E. 93rd Street_

City and County _Brooklyn — Kings County_

State and Zip Code _New York, 11236_

Telephone Number _(917) 614-7300_

E-mail Address _Mindgear@ Hotmail.com_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _MTA-New York City Transit and It's Offices_

Job or Title (if known) _Andy Byford — President_

Street Address _2 B'way 30th Floor_

City and County _N.Y., NY 10004_

State and Zip Code

Telephone Number

E-mail Address (if known) _Andy. Byford@NYCT. com_

Defendant No. 2

Name _Joel Andrews_

Job or Title (if known) _Vice President, Office of Equal Employment Opportunity/EEO_

Street Address _130 Livingston Street_

City and County _Brooklyn — Kings County_

*B.*

*The Defendant (s)*

**Knight, Chris**

MTA – New York City Transit
Office of The President
Andy Byford
2 Broadway 30th Floor
New York, NY 10004
Andy.Byford@N CT.com

Joel Andrews, Vice President
The Office of Equal Employment Opportunity
130 Livingston Street – Room 3005
Brooklyn, NY 11201
(718) 694-1730
Joel.Andrews@I YCT.com

Patricia Lodge, Vice President, Human Resources
180 Livingston Street – Room 6023
Brooklyn, NY 11201
(347) 643-8435
Patricia.Lodge@ JYCT.com

John Angerami, Asst. Chief Mechanical Officer, Subways – DCE
130 Livingston Street – Room 227-1
Brooklyn, NY 11201
(718) 694-5038
John.Angerami@ NYCT.com

Frank Jezycki – Executive Vice President
2 Broadway – 29 Floor
New York, NY 10004
(646) 252-5100
Frank.Jezycke@ JYCT.com

Donald McClean – Supt. Production Planning and Scheduling
2556 McDonald Avenue – Administration Room 208
Brooklyn, NY 11223
(718) 714-3190
Donald.McClear @NYCT.com

Steven Halvax – ACMO Overhaul Shops, DCE
2556 McDonald Ave – Administration Room 202A
Brooklyn, NY 11223
(718) 714-3261
Steven.Halvax@ NYCT.com

*MTA Inspector General
2 Pennsylvania Plaza #5
N.Y., NY 10121
(212) 878·0000*

1

State and Zip Code  N.Y. 11201

Telephone Number  (718) 694.1730

E-mail Address  JOEL.ANDREWS@NYCT.COM

(if known)

## C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s)

is:

Name  MTA - New York City Transit

Street Address  2556 McDonald Ave

City and County  Brooklyn - Kings County

State and Zip Code  New York, 11223

Telephone Number  (718) 714.3213 / 3156

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☑    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

2004 — PRESENT

Case 1:19-cv-01428-PKC-SDE   Document 1   Filed 03/12/19   Page 6 of 51 PageID #: 6

ANDY BYFORD - PRESIDENT, NYCT

MR. BYFORD, I BELIEVE HAS GOOD INTENTIONS, HOWEVER IS NOT AWARE OF DISCRIMINATION BEYOND TEXTBOOK EXPLANATIONS BECAUSE IT DOESN'T HAPPEN TO HIM. MR. BYFORD'S RECOMMENDATION TO MY WRITTEN LETTER TO HIM AS I AM ANGUISHED WITH REAL PAIN AND TRAUMMA, IS TO GO BACK TO THOSE WITHIN THE ORGANIZATION WHO ARE CAUSING THE SUFFERING BY FAILING TO APPLY POLICIES AND LAWS AS A STANDARD FOR EVER EMPLOYEE.

JOEL ANDREWS, VICE PRESIDENT, EEO

I HAVE MET WITH MR. ANDREWS TO MAKE HIM AWARE OF MY PLIGHT OF BEING DELIBERATELY OVERLOOKED BY WHITE MALE MANAGERS THAT REPEATEDLY REFUSED TO PROMOTE ME ALTHOUGH I PERFORM THE SAME RESPONSIBILITIES AS OTHER WHITE MALES THAT CONTINUED TO BE PROMOTED. FROM APPROXIMATELY 2006 TO PRESENT MR. ANDREWS DID NOTHING TO STOP THE CULTURAL STANDARDS THAT STAGNATED MY CAREERS THEREBY CAUSING ME MUCH PAIN & SUFFERING AS EVERY APPOINTED MANAGER, ALL WHITE MALES, EVEN THOSE WHO WERE HIRED FROM OFF THE STREET FELL INTO THE UNLAWFUL CULTURE TO LOOK DOWN ON ME AND OTHER AFRICAN AMERICAN WOMAN, AND NEVER GIVE ACCESS TO PROMOTIONS, WITH MR. ANDREWS BLESSING.

PATRICIA LODGE, V.P. HUMAN RESOURCES          2015

MS LODGE PROFILED ME AS AN AFRICAN AMERICAN WOMEN WITH NO AFFILIATIONS TO CLIQUES, OR OLE-BOYS-NETWORK AND USED A COMMONLY USED TACTIC BY HUMAN RESOURCES AND DOWNGRADED MY DEPARTMENTS PROPOSED PROMOTION IN PLACE FOR ME FROM SENIOR QUALITY CONTROL SPECIALIST II - A PROFESSIONAL AND TECHNICAL TITLE TO, COMPUTER ASSOCIATE TECHNICAL SUPPORT IV - A CLERICAL DC 37 CLASSIFICATION. WHEN I PROTESTED THE DEMOTION INSTEAD OF A PROMOTION I WAS TOLD BY WAY OF THE ACTING V.P. J. LEADER, THAT MS. LODGE SAID THAT I NEED TO HAVE AN ENGINEERING DEGREE FOR THE SENIOR QUALITY CONTROL SPECIALIST II. THE CONTRADICTION IS THAT MS. LODGE ALLOWED CHERYL MALDONADO, WHO WORKED TOGETHER WITH ME AND ALSO PERFORMED THE SAME RESPONSIBILITIES TO BE PROMOTED IN PLACE WITHOUT AN ENGINEERING DEGREE. MS. MALDONADO AND I HAVE FOUR YEAR COLLEGE DEGREES WITHOUT ENGINEERING. MS. MALDONADO'S FATHER WORKED AS A GENERAL SUPT IN CONEY ISLAND AND MY FATHER DID NOT. I WAS FORCED TO DECLINE AS NOT TO MOVE BACKWARD IN MY CAREER.

JOHN ANGERAMI - CHIEF MECHANICAL OFFICER

A PRODUCT OF WHITE MALE ENTITLEMENT HAS CONTINUOUSLY DENIED MY ACCESS, INTERVIEWS & PROMOTIONS AS PER MY WHITE MALE COUNTERPARTS. HE HAS DELIBERATELY TREATED MY AS IF INVISIBLE AND FORCE ME TO WORK WITH A MANAGER, D. MCCLEAN WHO IS AFRICAN AMERICAN AND WHO EXHIBITS STRONG MISOGYNISTIC VIEWS AGAINST AFRICAN AMERICAN WOMEN IN THE WORKPLACE. MR. ANGERAMI REFUSES TO SPEAK TO ME AND HAS PREVENTED ME FROM BEING PROMOTED

## FRANK JEZYCKI - EXECUTIVE VICE PRESIDENT

AFTER SEVERAL WRITTEN APPEALS TO MR. JEZYCKI, HE HAS FILED TO TAKE CORRECTIVE ACTIONS AS IT REGARDS APPLYING POLICIES AND LAWS TO STOP THE DISCRIMINATION AGAINST ME. MR. JEZYCKI, INSTEAD LISTENED TO EEO, H.R. AND OTHERS AND JOINED IN THE BLACKBALLING TREATMENT OF SENIOR AND EXECUTIVE STAFF. MR. JEZYCKI FAILED TO APPLY LAWS AND POLICIES AS NYCT DEEMS PROPER, AND AS A RESULT, I HAVE SUFFER MANY INDIGNITIES AND HAVE SUFFERED HUMILIATION AND EMOTIONAL DURESS.

## DONALD McCLEAN - SUPERINTENDANT

HAS REPEATEDLY SOLD OUT INTEGRITY TO APPEASE MR. ANGERAMI AT MY EXPENSE. HE HAS CREATE AN ATMOSPHERE OF TREACHERY AND HOSTILITY AS HE SHUCK AND JIVES TO BECOME RELEVANT TO UPPER MANAGERS. HE HAS FAILED TO APPLY POLICIES & RULES OF NYCT AND HAS USED DOUBLE-STANDARDS THAT DEMEAN AFRICAN AMERICAN WOMAN. HE HAS AIDED AND ABETTING MR ANGERAMI IN ILL TREATMENT TOWARD ME.

## STEVE HALVAX - ACMO OVER HAUL SHOPS

MR. HALVAX HAS CREATED A HOSTILE WORK ENVIRONMENT OF FAVORISM THAT HAS FURTHER DIVIDED THE WORKPLACE. UNDER HIS ILL LEADERSHIP, MR. HALVAX HAND PICKS HIS CHOICES FOR PROMOTIONS, LEAVING VETERAN EMPLOYEES STUN AND AGASP AT THE BLATANT CRONYISM, NEOPOTISM AND ABUSE OF POWER OF INSTITUTIONAL CORRUPTION. MR. HALVAX JUST PROMOTED HIS ASSISTANT FAYOLA CURTIS WITH NO PRIOR NYCT EXPERIENCE AND LESS THAN FIVE YEARS ON THE JOB TO DEPUTY SUPT. FAILING TO USE ANY RULES OR POLICIES, JUST HIS POSITION TO ABUSE POWER. HE ALSO PROMOTED HIS NEPHEW MIKE HERBERT TO DEPUTY SUPT. WITH LIMITED EXPERIENCE OVER MANY QUALIFIED VETERAN EMPLOYEES ALREADY PERFORMING THE TASK FOR MANY YEARS.

## MTA INSPECTOR GENERAL

I HAVE WRITTEN TO THE MTA INSPECTOR GENERAL SEVERAL TIMES AND YET THEY FAILED TO CONTACT ME OR TO ADDRESS ANY OF MY CONCERNS, THEREBY ADDING TO MY PAIN AND SUFFERING IN THE WORKPLACE.

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☑ color_____

☑ gender/sex _____

☐ religion _____

☐ national origin _____

☑ age. My year of birth is __1954__. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

HIRED BY NYC TRANSIT 7/1985. WORKED IN CONEY ISLAND OVERHAUL SHOP SINCE 1988. ON OR ABOUT 2014, I APPLIED FOR A PROMOTION (MANAGERIAL) WITHIN THE PRODUCTION, PLANNING & SCHEDULING GROUP IN WHICH I HAVE WORKED IN SINCE 1990. MY WORK EXPERIENCE & EDUCATION QUALIFIED ME AS THE APPLICATION PROCESS DID. HOWEVER MANAGEMENT DENIED ME AN INTERVIEW, UNJUSTLY FORECLOSING ON MY OPPORTUNITY TO BE PROMOTED. IN 2017 I ONCE AGAIN APPLIED FOR A PROMOTION IN THE TITLE OF DIRECTOR, PRODUCTION PLANNING SMS, PERFORMING RESPONSIBILITIES THAT I HAVE PERFORMED SINCE 1995, AND AGAIN MANAGEMENT DENIED ME AN INTERVIEW AND NEVER PROVIDED ME A REASON FOR THEIR ACTIONS. I WAS MADE AWARE IN MAY, 2018 BY SHOP TALK, THAT MR. ANGERAMI, WHO IS A WHITE MALE & HAS CONTINUOUSLY TREATED ME WITH SOCIOCULTURAL INVISIBILITY, MAKING CLEAR DISTINCTION AS TO HOW POORLY HE TREATS ME

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

# E 2

An African American / professional woman and how he treats his white male employees, promoted Patrick Trinchese to Director, Production Planning, SMS: The position that I was denied an interview for. Mr. Trinchese, happens to be the son-in-law of the now retired (since 2015) Director of Production Planning. He was hired with no prior experience in NYCT, by Mr. Angerami, after getting engaged to Jeff Rodgers daughter. He started out at the top of the analyst title and also at the top of the pay scale, making a much larger salary then me, although I had approximately twenty-three years of experience and service to NYCT. In fact Mr. Angerami has promoted Mr. Trinchese two-three times in the past eight-ten years. For both management positions for that I applied for and was denied an interview in 2014 and 2017, Mr. Angerami promoted Patrick Trinchese both times into the job.

I met with Mr. Andrews, V.P. EEO, NYCT many times since 2006 and have even filed discrimination claims with him/EEO, NYCT, however nothing concrete was ever done to change the culture. Instead, thing continue to get worst as Mr. Andrews and his organization protect the egregious culture and management who violated MTA-NYCT workplace policies and NYS anti discrimination laws. After being denied another interview, I filed another discrimination claim with EEOC in May, 2018. I was instructed to go back to EEO, NYCT and to file a claim again before moving forward with EEOC, and I followed the investigators instructions. However I was never contacted by NYCT-EEO for approximately six months before being issued a right to sue letter from EEOC.

Mr. Angerami deliberately prevented me from getting paid for over fifty hrs of overtime for over one year. EEOC sent me to 26 Federal Plza where I had to put in a claim in wages, to finally get paid for time worked. I also brought the matter to the attention of Andy Byford, President, NYCT who publishes many policy instruction documents against discrimination, harassment and retaliation. but got little response from him.

Mr. Angerami has gone out of his way to bring hardship to me often times using the weak link - Mr. McClean to do his dirty work. Within the past two weeks he has colluded with Mr. McClean to stop me from using Mr. McCleans vacant parking spot, by telling one of his male (white) employees to park there to prevent me from parking there. He is a bully that like to harass and create hardship for me for not giving into his discriminatory behavior.

Throughout, management continued their discrimination, harassment and retaliation against me not limited to;

1) John Angerami isolated me, refusing to speak to me, yet spoke to and included in promotions white males and other employees he liked.

2) Angerami refuse to file out required forms for me to get paid for overtime worked, with his misuse of power play, resulting in my having to file legal claim, (after being direct by EEOC) with the Federal Wages & Salary Unit at 26 Federal Plaza.

3) Despite documented my complaints, NYCT EEO office headed by Joel Andrews, colluded and conspired with Mr. Angerami, H.R. Patricia Lodge to blackball me and to force me to retire. Mr. Andrews filed to enforce the policies of the office in which he is sworn to honor and adhere to, thereby causing me to suffer great pain and anguish for being singled out and discriminated against by unethical social workplace bullies.

4) Despite documenting and meeting with Mr Andrews as early as 2006, Mr. Andrews failed me, and caused much harm to me by protecting wrongdoers and institutional bullies as he repeatedly failed to apply policy & law as resolution instead of titles & power.

5) Management has failed to implement their rules that govern discrimination thereby using illegal standards to police and to govern themselves and punish employees who speak out against abusive & discriminatory cultures that unjustly wreak havoc on employees who are merely trying to make a living and to work in a fair and just work environment.

6) NYCT has sought to break my spirit and to leave me in piece by using unethical and unlawful means.

I seek to respect and to follow policies and laws of the land to be made whole in every way.

IV.   **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

         MAY - 2018

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☐   has not issued a Notice of Right to Sue letter.

        ☑   issued a Notice of Right to Sue letter, which I received on *(date)*

          DEC 13, 2018

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☑   60 days or more have elapsed.

        ☐   less than 60 days have elapsed.

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TO BE MADE WHOLE WITH TOTAL LOSS WAGES FROM MARCH 18, 2014, THE DATE OF FILING OF THE FIRST EEOC DISCRIMINATION CLAIM. TO PAY INTEREST ON BACK PAY WITH COST OF LIVING INCREASES. WHOLENESS IN EVERY WAY NOT LIMITED TO SALARY INCREASE OR PROMOTION OPPORTUNITIES. FOR THERE TO BE A LEGALLY BINDING AGREEMENT WITH CONAT & NYCT TO CHANGE DISCRIMINATORY CULTURE TO COMFORM, COMPLY WITH MTA-NYCT POLICIES REGARDING ANTI-DISCRIMINATION AND NYS LAW FOR ANTI-DISCRIMINATION. PUNITIVE DAMAGES FOR BEING EMOTIONAL ABUSED, MONITARILY PUNISHED, HUMILIATED IN A HOLDING CELL PROFESSIONAL DARKNESS HAVING MY CAREER STOLEN FROM ME BECAUSE OF BEING AN AFRICAN AMERICAN WOMEN.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 12, 2019.

Signature of Plaintiff

Printed Name of Plaintiff    CHRISTINE N. KNIGHT

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Christine N. Knight**
      **1675 East 93rd Street**
      **Brooklyn, NY 11236**

From:  **New York District Office**
       **33 Whitehall Street**
       **5th Floor**
       **New York, NY 10004**

☐   *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2019-00490** | **Ashraf Ahmed,** **Investigator** | **(212) 336-3781** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____
**Kevin J. Berry,**
**District Director**

Enclosures(s)

12/7/2018
*(Date Mailed)*

cc:   **Michael Kalish**
      **Deputy General Counsel**
      **MTA**
      **2 Broadway**
      **4th Floor**
      **New York, NY 10004**

L EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Fl
New York, N.Y. 10004

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NEW YORK
NY 100
10 DEC '18

FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10004   $ 000.47⁰
02 4W
0000360941 DEC. 10. 2018

1236-540975

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: KNIGHT   First Name: KRISTINE "CHRIS"   MI: N.

Street or Mailing Address: 1675 E. 93 STREET   Apt or Unit #: PRIVATE HOUSE

City: BROOKLYN   County: KINGS   State: NY   Zip: 11236

Phone Numbers: Home: ( - )   Work: (718) 714-3160

Cell: (917) 674-7300   Email Address: MINDGEAR@HOTMAIL.COM

Date of Birth: SEPT. 6, 1954   Sex: ☐ Male ☑ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☐ White
☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? AFRICAN DESCENT - AMERICAN BORN

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: LASHON KNIGHT   Relationship: DAUGHTER

Address: 1675 E. 93 STREET   City: BROOKLYN   State: NY   Zip Code: 11236

Home Phone: ( )   Other Phone: (347) 581-6747

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: MTA - NEW YORK CITY TRANSIT

Address: 2556 MCDONALD AVENUE   County: KINGS

City: BROOKLYN   State: NY Zip: 11223   Phone: (718) 714-3156, 3157

Type of Business: TRANSPORTATION   Job Location if different from Org. Address:

Human Resources Director or Owner Name: PATRICIA LODGE   Phone: (347) 643-8485

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 7/22/1985   Job Title At Hire: OFFICE AIDE I

Pay Rate When Hired: $13,850   Last or Current Pay Rate: $75,778.00

Job Title at Time of Alleged Discrimination: TRANSIT MGMT ANALYST ASSOC.   Date Quit/Discharged: N/A

Name and Title of Immediate Supervisor: DONALD MCCLEAN SUPERINTENDANT

If Job Applicant, Date You Applied for Job 5/18/2017   Job Title Applied For DIRECTOR, PRODUCTION PLANNING, SMS

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race: If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☑ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

Other reason (basis) for discrimination (Explain): IN 2014 I FILED A COMPLAINT WITH EEOC AGAINST MY EMPLOYER, MTA-NYCT ON THE BASES OF PRACTICES OF INSTITUTIONAL   OVER 4.

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/03/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 4/2018   Action: I WAS TOLD BY MR. DONALD MCCLEAN, MY IMMEDIATE SUPERVISOR AFTER ONCE AGAIN ASKING TO BE PROMOTED THAT SOME OF MY JOB RESPONSIBILITIES WERE   OVER 5A.

Name and Title of Person(s) Responsible: MR. ANGERAMI, MR. E. COLON (JUST RETIRED) - MR. D. MCCLEAN

B. Date: 5/2018   Action: MR. ANGERAMI HAS BEEN DELIBERATELY NEGLIGENT AND STALLING, HARRASSING & RETALIATORY TO MY OVERTIME   5B OVER

Name and Title of Person(s) Responsible MR. JOHN ANGERAMI, MR. ED COLON, MR. FRANK JEZYCKI, MR. MCCLEAN, MR. ANDREWS

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed. I SHOULD BE RESPECTED IN THE WORKPLACE AS ANY EMPLOYEE MAN OR WOMAN IN GIVEN THE SAME OPPORTUNITIES FOR (PROFESSIONAL ADVANCEMENTS) AND PAY EQUITY AS WELL. MANAGEMENT HAS TARGETED ME AND OBJECTIFIED ME BY MARGINALIZING MY WORTH AS PER WHITE MALES, AND THAT IS WRONG AND IN DIRECT CONTRAST TO EXISTING NYCT POLICIES AND NYS ANTIDISCRIMINATION LAWS. HOWEVER LAWS ARE AS GOOD AS THEY ARE ENFORCED" AND I

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
- MR. ANGERAMI * MR. COLON — I FAILED AS A MANAGER 4/2018 * MR. FRANK JEZYCKI (OVER) V.P. AND CHIEF MECHANICAL OFFICER, DATE 6/2018
= ASSISTANT CHIEF MECHANICAL OFFICER * DIRECTOR PRODUCTION PLANNING & SCHEDULING * 5/2018 PROMOTED TO: EXEC V.P.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

* CHERYL MALDONADO - HISPANIC FEMALE 40'S - MS. MALDONADO IS THE DAUGHTER OF LOUIE MALDONADO, THE FORMER GENERAL SUPT OF THE INSPECTION SHOP. MS. MALDONADO WORKED IN THE SAME GROUP AND PERFORMED THE SAME RESPONSIBILITIES AS A MATERIAL FORECASTER YET I WAS PROMOTED IN PLACE IN SECRET AND I WAS DENIED A PROMOTION. WHEN SHE WAS PROMOTED AGAIN I REQUESTED TO BE PROMOTED INTO HER VACATED POSITION OF SENIOR QUALITY CONTROL SPECIALIST II AND WAS TOLD BY MY DEPT AND HR DEPT THAT I NEED AN ENGINEERING DEGREE FOR THAT POSITION. HOWEVER, NEITHER MS MALDONADO OR I HAVE AN ENGINEERING DEGREE, JUST 4Yr COLLEGE DEGREES.

* PHILLIP COMBS - WHITE MALE 50'S - PROMOTE FROM PRODUCTION PLANNING AS MATERIAL FORECASTER PERFORMING SAME JOBS AS I AM AND WAS PROMOTED TO SLOT 29% SALARY INCREASE YET H.R. DEPT WOULD ONLY OFFER ME A CLERICAL POSITION AT 10%.

* PATRICK TRINCHESE - WHITE MALE 40'S - HIRED BY MR. ANGERAMI FROM OUTSIDE WHEN HE BECAME ENGAGED TO NOW RETIRED DIRECTOR OF PRODUCTION PLANNING JEFFREY RODGERS. HE HAS BEEN PROMOTED SEVERAL TIMES BY MR. ANGERAMI. MR. TRINCHESE AND I BOTH APPLIED FOR JOB VACANCY #89556, HOWEVER I WAS NOT GIVEN THE OPPORTUNITY TO BE INTERVIEWED FOR THE POSITION ALTHOUGH I HAVE JOYS OF DIRECT EXPERIENCE IN PRODUCTION PLANNING, IN WHICH THE POSITION WAS OPEN FOR. HOWEVER I WAS MADE AWARE APPROXIMATELY 2½ MONTHS AGO THAT MR. TRINCHESE WAS PROMOTED AGAIN TO THE DIRECTOR'S POSITION.

(cont) DISCRIMINATION THAT BLATANTLY GAVE PROFESSIONAL AND ECONOMIC ADVANTAGE TO WHITE MALES, WHILE AT THE SAME TIME, DISCRIMINATING AGAINST ME AND OTHER AFRICAN AMERICANS, THEREBY DENYING PROFESSIONAL GROWTH, PROMOTIONS, OR ANY PATH OF PROGRESS THAT ARE AVAILABLE TO WHITE MEN WITHIN THE CAR EQUIPMENT DEPARTMENT AND PRODUCTION PLANNING AND SCHEDULING GROUP IN WHICH I HAVE WORKED FOR OVER THIRTY YEARS. AS A RESULT OF SPEAKING OUT THIS DEPRAVED SYSTEM AND THE NEGATIVE TREATMENT, AND FOR FILING A COMPLAINT WITH EEOC, I HAVE BEEN BLACKBALLED, HARRASSED, SUFFERED RETALIATION AND ALSO CONTINUED TO BE IGNORED BY MANAGEMENT AND DENIED INTERVIEWS OR ANY PROMOTION SINCE 1999.

DUE TO MOUNTING FAMILY CRISIS AND STRESSES RELATED TO THE SERIOUS ILLNESS AND THE CONSEQUETIAL DEATH OF MY DEAR MOTHER, I DIDN'T PRESS FORWARD WITH THE PROCESS IN 2014 BECAUSE I WAS OVERWHELMED WITH PAIN AND GRIEF.

THIS OUTCOME WAS CONSTRUED AS A VICTORY FOR ME EMPLOYER THEREBY EMBODENING MANAGEMENT TO CONTINUE THE SAME COURSE AS BEFORE OF BLACKBALLING, RETALIATION, HARRASSMENT, PASSING OVER ME FOR ALL PROMOTIONS, INTERVIEWS AND TREATING ME WITH INDIFFERENCE AS IF INVISIBLE. TO DATE THIS TREATMENT PERSIST BY MANAGEMENT, TO FORCE ME INTO RETIREMENT.

(cont) ASSIGNED TO SOMEONE ELSE. I TOLD MR. McCLEAN THAT IT WAS UNFAIR THAT I HAVE BEEN PERFORMING THE SAME TASK AS MEN IN THE SHOP WITH TITLES OF SUPERINTENDANTS, DEPUTY SUPERINTENDANTS AND SUPERVISORS, WHO ARE MAKING DOUBLE MY SALARY, AND THAT IT WAS UNJUST. I HAVE PERFORMED THESE RESPONSIBILITIES FOR DECADES WITHOUT A PROMOTION SINCE 1999. I ALSO TOLD MR. DONALD MR. CLEAN HOW UNFAIR IT WAS THAT HE TOOK AWAY MY OVERTIME PRIVILEDGES AND STILL ALLOWS OTHER NEW EMPLOYEES IN THE SAME GROUP TO DO OVERTIME. MR. McCLEAN SAID THAT MR. ANGERAMI STOPPED IT AND THAT THE OTHER EMPLOYEES ARE WORKING ON SOMETHING ELSE FOR ANOTHER MANAGER. I EXPRESSED TO MR. McCLEAN THAT THIS IS UNFAIR DISTRIBUTION OF OVERTIME TO DENY VETERAN EMPLOYEES - ALL WHO HAPPEN TO BE AFRICAN AMERICAN; AND GRANT THE PRIVILEDGE TO NEW EMPLOYEES (ONE WHITE MALE AND ONE ASIAN MALE). MR. McCLEAN THEN CONTINUED TO TELL ME THAT SOME OF MY JOB RESPONSIBILITIES WERE BEING ASSIGNED TO SOMEELSE WITHOUT DISCLOSING WHO. I FEEL THAT THIS IS BEING DONE BECAUSE MR. ANGERAMI AND MR. McCLEAN DON'T WANT TO PROMOTE ME. HOWEVER, I HAVE PERFORMED MATERIAL FORCASTING AND PRODUCTION PLANNING RESPONSIBILITIES FOR MANY YEARS WITHOUT BEING PAID ADEQUATELY AS PER MALE EMPLOYEES.

3) I WAS MANDATED BY MR. ANGERAMI, MR. COLON AND MR. McCLEAN OF PRODUCTION PLANNING AND SCHEDULING ON A SPECIAL PROJECT INITIATIVE FROM APRIL, 2017 – DEC, 2017 ON MATERIAL FORECASTING AND RELATED TASK. HOWEVER, I HAVEN'T BEEN PAID FOR APPROXIMATELY SIXTY HOURS OF OVERTIME WORKED IN 2017 PRIMARILY DUE TO RETALIATORY, SEXIST AND ABUSE OF AUTHORITY BY MR. JOHN ANGERAMI. I HAVE REPEATEDLY APPEALED TO MR. ANGERAMI

However, May, 2018, a whole year later, I have still not been paid for mandated overtime worked in 2017. When a departmental waiver letter to increase my overtime percentage was finally done, I realized that Mr. Angerami only approved it for an additional 4% and not the standard 8% that is commonly used by the department. (see attach) The 4% was inadequate to satisfy what was owed to me and I have continued to struggle with Mr. Angerami and Mr. Colon to get paid for time served. However, my fellow co-worker (Mr. Chi Wong) with two yrs of service was given the full waiver compensation of 8% in June, 2017 by the same management team, that would only approve me for 4% African American woman with 32 yrs of service.

After writing to Mr. Frank Jezycki, Vice-President, CMO, Subways several times and appealing to him for help in my plight to finally get promoted and acknowledge for doing the same work as many male employees, but getting paid substantially less. However each time Mr. Jezycki's, initial response would email a boilerplate answer about being fair and he would look into the matter, however the end results were all disingenuous and misleading. I was told by Mr. Jezycki to apply through the job postings for a promotion, even after he sign off on a promotion for his friend, Mr. Halifax's relative to work in the pnuematic shop in Coney Island with minimal experience and years of service (appox 6 yrs) promoting him over many veteran men with many years experience and on the job service.

I submitted an application again in an effort to be interviewed and promoted within production planning and scheduling (Job Vacancy # 89556) However, Mr. Angerami, and Mr. Ed Colon would not interview me and instead promoted Mr. Patrick Franchese, a white male and son-in-law of the former Director of Production, Planning and Scheduling. After an appeal from the former Director, Mr. Jeff Rodgers to Mr. Angerami that his daughter was engaged to Mr. Franchese and needed a job, Mr. Angerami hired him with no prior experience and has promoted him several times over other veteran employees. Mr. Franchese is a nice man and I wish him well however he has move up rapidly primarily due to white-skin-priviledge and I cannot compete in that platform because I am African American and a woman.

I have gone to NYCT office of EEO for help to stop the biased treatment against me over and over meeting primarily with Mr. Joel Andrews, V.P. of EEO since 2008. However he continued to protect management and sending me back into the discriminatory environment thereby emboldening and encouraging management by not taking corrective action by applying policies clearly established as per "Respect in the Workplace" to NYCT and N.Y.S Anti-Discrimination laws that prohibit race, age and gender discrimination.

NYIT IS GOVERNED BY UNIFORM UNINFORMED WHITE MEN. MANY WHO'S FIRST LESSON IN SOCIAL DYNASTY IS ON-THE-JOB TRAINING AND THEY ARE RESISTANT TO ANY CHANGE, SO WOULD RATHER BURN THE HOUSE DOWN AND HOLD ONTO NEANDERTHAL MINDSETS RATHER THAN EVOLVE INTO ETHICAL LEADERSHIP WITH A PURPOSE.

TO DELIBERATELY WITHHOLD PAY TO ANYONE FOR TIME WORKED IS WRONG. TO DO IT DELIBERATELY IS UNLAWFUL. MR. ANGERAMI APPROVED A WAIVER FOR ME TO GET PAID AT ONLY 40%, WHILE APPLYING AN 8% RATE FOR A NON-AFRICAN AMERICAN MALE EMPLOYER, THEREBY LOW-BALLING ME, A VETERAN EMPLOYEE WITH OVER THIRTY YEARS OF SERVICE TO THE MALE CO-WORKERS 2 1/2 YEARS OF SERVICE. ONCE AGAIN, I FEEL THAT I WAS DISPARAGED AS A WOMAN AND BECAUSE OF MY AGE AND ETHNICITY.

MR. JECYCNI, SHOWED BIAS TOWARD ME AND LACK OF CONCERN AS *BY DELIBERATELY MISLEADING ME [*SHOWN TO MALE EMPLOYEES HE PROMOTED] WHILE HE REPEATEDLY DENIED ME REQUEST TO BE PROMOTED. HE KNOWS THAT SINCE THE ANALYST TITLE IS NOW MOSTLY FILLED BY AFRICAN AMERICANS, NYIT NO LONGER HAS A PATH OF PROGRESS FOR AFRICAN AMERICANS TO BE PROMOTED INTO. WHEN THE TITLE HOLDERS WERE WHITE THEY WERE PROMOTED TO MANAGERS. NOW THERE IS A PARADIGM SHIFT THAT FAILS TO PROMOTE AFRICAN AMERICAN EMPLOYEES WHO ARE IN AN ANALYST TITLE (ASSOCIATE TITLE), AND KEEPS THEM (ME) IN A HOLDING CELL OF STAGNATION AND DESPAIR FOR DECADES, YET PROMOTES MOST WHITE EMPLOYEES TO MANAGEMENT POSITIONS.

MR. ANGERAMI, DENIED ME AN INTERVIEW BASED ON HIS PERSONAL PREJUDICES AGAINST ME AS AN AFRICAN AMERICAN WOMAN. I FEEL THAT HE IS BAFFLE AND CONFLICTED BY HIS PRECONCEIVED OPINIONS AND STEREOTYPICAL VIEWS OF WHAT HE ASSUMES ABOUT AFRICAN AMERICAN WOMAN AND A STRIKING CONTRAST AS TO WHAT I PROJECT AND REPRESENT. I'VE CAUGHT HIM STARING AT ME ON SEVERAL OCCASIONS AND THEN ASKING ME ABOUT MY HOME AND ALSO SAYING, "THAT'S A NICE CAR YOU HAVE" AS IF IT IS A SURPRISE TO HIM THAT I HAVE A HOME AND A DECENT VEHICLE.

- APPLIED FOR A PROMOTION THROUGH THE JOB POSTINGS #89556 ON 5/18/2017 AND RECEIVED A RECEIPT ACKNOWLEDGING MY APPLICATION STATUS OF (PASSED PRE-SCREENING). I WAS WAITING TO BE INTERVIEWED AS THE POSITION IS DIRECTLY WITHIN THE PRODUCTION PLANNING GROUP IN WHICH I HAVE WORKED FOR OVER THIRTY YEARS. TO MY GREAT DISAPPOINTMENT I FOUND OUT APPROXIMATELY TWO MONTHS AGO THAT MR. ANGERAMI PROMOTED MR. PATRICK TRINCHESE, THE FORMER SENIOR DIRECTOR OF PRODUCTION PLANNING, MR. JEFF RODGERS SON-IN-LAW AGAIN FOR THE THIRD TIME WITHOUT EVEN GIVING ME THE OPPORTUNITY AND STRIPPING ME OF MY RIGHT TO BE TREATED EQUALLY. IT IS A SORE ISSUE FOR ME BECAUSE MR. RODGERS REPEATEDLY DENIED ME INTERVIEWS ALSO, AS NOTE IN MY 2014 EEOC CASE. ALSO MR. TRINCHESE WAS HIRED BY MR. ANGERAMI AFTER GETTING ENGAGED TO MR. RODGERS DAUGHTER AND STARTED WITH A 3X HIGHER SALARY AND HAS BEEN GIVEN THE OPPORTUNITIES TO GET PROMOTED SEVERAL TIMES AS A WHITE MALE. HOWEVER I HAVE MORE YEARS OF SERVICE, EXPERIENCE WITH PRODUCTION AND AS A AFRICAN AMERICAN EMPLOYEE I HAVE BEEN SYSTEMATICALLY DENIED PROFESSIONAL GROWTH AS PER MY FELLOW WHITE MALE CO-WORKERS. BY A INSTITUTION IT IS INNATELY, UNEQUIVOCAL AND SYSTEMIC THROUGHOUT THE INSTITUTIONAL VEINS RACIST, EXIST, DISCRIMINATION AND AGEIST.

IV

MR. JOHN ANGERAMI, ASSISTANT CHIEF MECHANICAL OFFICER SINCE TAKING OVER THE PRODUCTION PLANNING AND SCHEDULING GROUP APPROXIMATELY THREE YEARS AGO, MR. ANGERAMI HAS OPTED TO CONTINUE THE TRADITION OF REPRESSIVE LEADERSHIP BY WHITE MALES THAT IS COMMONPLACE IN PRODUCTION PLANNING AND SCHEDULING; THE GROUP IN WHICH I HAVE WORKED FOR SINCE 1990. MR. ANGERAMI HAS REPEATEDLY IGNORED MY APPEALS TO BE TREATED FAIRLY AND TO BE COMPENSATED AND GIVEN THE SAME OPPORTUNITIES AS HE HAS GIVEN TO MEN / WHITE MALES EMPLOYEES WHO PERFORM PRIMARLY THE SAME TASK AS I DO. MR. PATRICK TRINCHESE, A WHITE MALE AND EMPLOYEE THAT MR. ANGERAMI FAVORS, IS THE SON-IN-LAW OF THE FORMER DIRECTOR, MR. JEFFREY RODGERS, AND WAS HIRED OFF THE STREET WHEN HE BECAME ENGAGED TO MR. RODGERS DAUGHTER. MR. ANGERAMI HIRED MR. P. TRINCHESE AND HAS PROMOTED HIM SEVERAL TIMES, YET REFUSES TO PROMOTE ME AT ALL. MR. ANGERAMI ALSO DENIED MY AN INTEVEW TO POSSIBLY BE PROMOTED TO THE POSITION OF DIRECTOR, PRODUCTION, PLANNING, SMS, AND PROMOTED MR. PATRICK TRINCHESE AGAIN TO DIRECTOR IN THAT POSITION. I BELIEVE THIS IS AN ATTEMPT TO FORCE ME TO RETIRE BECAUSE OF MY AGE AND BECAUSE HE DOESN'T WANT TO PROMOTE A AFRICAN AMERICAN WOMAN TO MANAGEMENT IN PRODUCTION PLANNING AND BREAK THE TREND OF ONLY MALE MANAGERS WITHIN THE GROUP.

THE PRESIDING CULTURE OF COMPLICITY WITHIN NEW YORK CITY TRANSIT, AS PER WORKPLACE DISCRIMINATION AND PROMOTION AND PAY LAG DISPARITY OF AFRICAN AMERICAN WOMEN, IS A MULTI-LAYERED AND INTERWOVEN TAPESTRY THAT IS OVERLOOKED, SUPPORTED AND EVEN ENCOURAGED BY MANAGEMENT, EEO, HUMAN RESOURCES DEPARTMENT, WHO COMPOUND THE INEQUITIES TO PROTECT THE WRONG DOERS AT THE EXPENSE OF INNOCENT EMPLOYEES WHO ARE JUST TRYING TO BUILD A CAREER. HOWEVER, WHITE MALE DOMINANCE AND WHITE SKIN PRIVILEGE AND THE BEHAVIORAL PATHOLOGIES THAT GO ALONG WITH IT, COUPLED WITH THE UNWILLINGNESS TO ABIDE BY NYCT POLICIES AND NYS ANTI-DISCRIMINATION LAWS, THE TORCHES OF CORRUPTION AND MORAL DEPRAVATION REMAINS UNCONTAINED AS IT IS FURTHER SEARED INTO THE INSTITUTIONAL TAPESTRY.

MR. ANGERAMI TOLD ME THAT HE COULD NOT PROMOTE ME BECAUSE MY COLLEGE DEGREE IS IN COMMUNICATION AND NOT ENGINEERING, AS A MEANS TO DISCOURAGE ME FROM ASKING OR SEEKING ANY PROMOTION FROM HIM AGAIN, DESPITE MY 30 YEARS OF EXPERIENCE WITH THE PRODUCTION PLANNING AND SCHEDULING GROUP PERFORMING MANY OF THE REQUIRED RESPONSIBILITIES THE SAME AS MALE EMPLOYEES.

I WAS REQUEST BY MR. ANGERAMI, MR. COLON AND MR. McCLEAN, MY IMMEDIATE SUPERVISOR TO THE FIRST QUARTER OF 2017 AND THROUGHOUT THE REST OF THE YEAR, TO WORK OVERTIME ON A SPECIAL GOVENOR'S INNITIATIVE, ON MATERIALS AND MATERIAL FORECASTING. HOWEVER, IT HAS BEEN OVER 1 YEAR THAT I HAVENT BEEN PAID FOR OVER 50 HRS OF OVERTIME WORKED IN 2017. I HAVE SPOKEN TO, AND SENT EMAILS TO MR. ANGERAMI APPEALING TO HIM TO BE PAID FOR TIME WORKED, YET 1 YR LATER I STILL HAVE NOT BEEN PAID. MR. ANGERAMI HAS FAILED TO APPROVE A REQUIRED DEPARTMENT WAIVER AND HIS STALLING IS DELIBERATE, MEAN, SPIRITED, RETALITORY AND AN ABUSE OF AUTHORITY.

CON'T

MR. FRANK ... JEZYCKI V.P. AND CHIEF MECHANICAL OFFICER ... PROMOTED 5/2018 TO EXECUTIVE VICE PRESIDENT

...FER RECEIVING AMPLE UNREASONABLE AND DISCRIMINATORY COLOR AND GENDER CODED RESPONSES FROM ... ANGERAMI, WHO FLATLY REFUSED TO CONSIDER MY LONG-STANDING PLIGHT AND STRUGGLE FOR EQUITABLE TREATMENT AND DIGNITY IN THE WORKPLACE, I TURNED MY APPEALS FOR PARITY UPWARD IN THE CHAIN OF COMMAND, TO MR. JEZYCKI, V.P. AND CHIEF OFFICER, DEI. MR. ANGERAMI, REPORTED DIRECTLY TO MR. JEZYCKI. ... R. JEZYCKI ULTIMATELY SENT ME AN EMAIL CHRONICLING MY YEARS OF SERVICE AND STATED THAT I ... HOULD APPLY FOR PROMOTIONS THROUGH JOB POSTINGS, CALLOUSLY OVERLOOKING THE CORRUPT CULTURE ... VITHIN MTA-NYCT AS REGARDS THE NEGATIVE IMPACT ON WHO GETS PROMOTED AND WHO DOESN'T ... ILE TO NEPOTISM AND CRONYISM THAT GIVES AN UNJUST ADVANTAGE TO THOSE OF THE LIGHTER HUE ... NAMELY WHITE MALES. MR. JEZYCKI DISREGARDED THE FACT THAT I HAD APPLIED MANY TIMES THROUGHOUT MY ... TENURE AND THAT THE SYSTEM WAS RIGGED TO GIVE FAVOR AND PROMOTIONS TO MANAGEMENTS CHOICES) ... THAT IS THE NUMBER ONE REASON I HAVEN'T BEEN PROMOTED SINCE 1999 WHILE WHITE MALES HIRED THROUGH ... THE PIPELINE OF NEPOTISM AND CRONYISM WITH NO EXPERIENCE ARE HIRED AND PROMOTED WITH HIGHER SALARIES ... AND PROMOTED MORE FREQUENTLY THAN ANY OTHER RACE, ESPECIALLY AFRICAN AMERICAN WOMEN, WHO ... LAG WAY BEHIND IN SALARY AND PROMOTION INEQUITIES.

... R. JEZYCKI CUNNINGLY COLLUDED WITH MR. ANGERAMI, EEO, MR. SEDA, HR, MB. P. LODGE TO ... ELIBERATELY AND MALICIOUSLY MISLEAD ME ONTO A UNREALISTIC PATH OF DOOM THAT WOULD NEVER YIELD ... PROMOTION FOR ME IN AN EFFORT TO FURTHER FRUSTRATE ME AND FORCE ME TO RETIRE IN PAIN AND SHAME ... TER USING ME FOR YEARS TO DO THE SAME WORK THAT MEN WERE PAID MUCH MORE TO DO. ... R. JEZYCKI LACKED GOOD FAITH OR ANY INTEGRITY TO BE FAIR, CONSTRUCTIVE AND FORTHRIGHT, THEREBY ... USING ME MUCH PAIN AND HUMILIATION. HIS LETTER TO ME FAILED TO EVEN CLASSIFY MY JOB TITLE ... S PROFESSIONAL AND TECHNICAL EMPLOYEES CORRECTLY, BUT INSTEAD STEREOTYPICALLY REFERRED ... O ME AS IN A CLERICAL CATEGORY. MR. JEZYCKI CONTINUED TO UTILIZE MY KNOWLEDGE AND MY ... KILLBASE TO EXECUTE THE OPERATIONS OF PRODUCTION, PLANNING AND SCHEDULING'S OPERATIONS, ... (CLUDING INCREASED RESPONSIBILITIES AND MANDATED OVERTIME FOR THE GOVERNORS INITIATIVE IN 2018, ... ET HAS FAILED TO COMPENSATE ME FOR MY HOURS WORKED AS PER MALES AND OVERTIME HOURS WORKED ... N 2017.

MR. DONALD MCCLEAN - SUPERINTENDANT

... MCCLEAN IS MY IMMEDIATE SUPERVISOR AND HAS TRADITIONALLY FOR DECADES BEEN ... SSIGNED TO SUPERVISE ALL AFRICAN AMERICAN EMPLOYEES WITHIN THE C.I. OVERHAUL SHOP. ... E HAS REPEATEDLY TREATED AFRICAN EMPLOYEES UNETHICAL AND WITH DOUBLE STANDARDS ... / HIS ENDEAVOR TO PLEASE UPPER MANAGEMENT BY TAKING AWAY OVERTIME FROM ... FRICAN AMERICAN VETERAN EMPLOYEES WHILE SIMULTANEOUSLY CONDONING OVERTIME ... NILEDGES EXTENDED OTHER NON AFRICAN AMERICAN EMPLOYEES WITH MINIMAL TIME ... / SERVICE. HE OPERATES LIKE A WARDEN OR SLAVE MASTER'S HOUSE PET OR PAWN TO ... O HARM TO THOSE WHO LOOK JUST LIKE HIM AND ARE DISENFRANCHISED AND ... UDER - REPRESENTED.

JOEL ANDREWS, V.P. EEO

I HAVE REACHED OUT TO MR. ANDREWS MANY TIMES FOR HELP, INTERVENTION AND TO SEEK A CEASE FIRE ON THE RACIST AND SEXIST CULTURE THAT RUNS RAMPANT WITHIN NYCT SINCE 2001 TO NO AVAIL. THE SYSTEM IN PLACE IS A CONFLICTED ONE THAT PROTECTS VIOLATERS AND CONDONES WRONGDOING OF MANAGEMENT. AFTER WRITING A DETAILED LETTER DESCRIBING MY ADVERSITIES IN THE WORKPLACE I WAS TOLD IN WRITING (IN SO MANY WORDS) MY CONCERNS ARE INVALID, AND THE OFFICE OF EEO WOULD DO NOTHING TO AT ALL TO STOP OR CORRECT THE INSTITUTIONAL INJUSTICES THAT I CONTINUE TO SUFFER BY MANAGEMENT. TO GET ANOTHER "BLOW OFF" FROM EEO AFTER SENDING A NINE PAGE LETTER DOCUMENTING "REAL TIME" IMPROPRIETIES FROM A CORRUPT SYSTEM THAT IS CONSUMED WITH EGREGIOUS GUTTER AND RACIST POLITICS AN ABOMINATION AND PLACES ME BEHOLDEN TO MANAGEMENT AND TO THOSE WHO GAVE THEM A JOB AND NOT TO POLICIES, RULES, PRINCIPLES, NYS ANTI-DISCRIMINATION LAWS, AND ESPECIALLY NOT BEHOLDEN TO EMPLOYEES OF THE DARKER HUE WHO CONTINUE TO SUFFER TREMENDOUSLY UNDER HIS TENURE, AND HIS LACK OF LEADERSHIP AND HIS LACK OF COMMITTMENT TO FOLLOW THE LETTER OF THE LAW.

MICHAEL COLLINS, ASST. V.P. EEO INCLUSION AND DIVERSITY

MR. COLLINS FAILED TO RESPOND TO MY PLEAD AND TO MY PAIN AND SUFFERING IN MY LETTER TO FORMER NYCT PRESIDENT, VERONIQUE HAKIM, THAT I ALSO CC: TO MR. COLLINS AS A ASST. CHIEF OF DIVERSITY AND INCLUSION (DATED MAY 24, 2016) TITLES, LIKE LAWS ARE AS GOOD AS THEY ARE ENFORCED AND MR. COLLINS AS PER HIS FAILURE TO STAND, HAS PROVED TO BE LIKE THE OTHERS THAT "GO ALONG TO GET ALONG" THEREBY MAKING A MOCKERY TO THE TITLE IN WHICH HE HOLDS BY MISREPRESENTATION IN TOTAL CONTRAST AS TO WHAT HIS TITLE IS SUPPOSE TO IMPACT. HE THEREFORE ADDS TO WHAT IS WRONG WITH THE CULTURAL COMPLEXITIES OF DISCRIMINATION AT NYCT.

MARSHA LODGE, V.P. HUMAN RESOURCES

MS. LODGE, A PSEUDO-HYBRID MANAGER HAS MADE THE REALITY PROMOTION EQUITY IN NYCT MORE DIFFICULT FOR AFRICAN AMERICAN WOMEN AS SHE BROADENS THE LANDSCAPE OF TITLE AND PAY GAP INEQUALITIES. SHE HAS FAILED MISERABLY AT ADDRESSING AND ALSO CREATING AN HR ENVIRONMENT THAT IS FAIR AND UNBEHOLDEN TO THE STATUS QUO THAT POWER BROKER BY WAY OF NEPOTISM, CRONYISM, BULLYISM AND WHITE SKIN PRIVILEDGES. MS LODGES ADMINISTRATION HAS COLOR CODED PROMOTIONS DEPENDING ON WHO YOU ARE, WHO YOU ARE AFFILIATED WITH, WHAT YOUR RACE IS AND WHAT YOUR GENDER IS. IF YOU SPEAK UP WITH TRUTH, FACTS AND INTEGRITY YOU ARE DEEMED AN ENEMY. MS. LODGE REFUSED TO PROMOTE ME TO A VACATED POSITION - SENIOR QUALITY CONTROL SPECIALIST II, THAT WAS JUST VACATED BY MS. CHERYL MALDONADO (DAUGHTER OF RETIRED GEN. SUPT). MS MALDONADO WAS PROMOTED TO THAT POSITION IN SECRET WHILE WE BOTH WERE WORKING IN THE SAME FILE AND PERFORMING THE SAME MATERIAL FORECASTING TASK. MS LODGE CITED THAT I DIDN'T HAVE AN ENGINEERING DEGREE TO BE PROMOTED INTO THE TITLE, HOWEVER, MS MALDONADO WAS PROMOTED TO THE TITLE WITHOUT AN ENGINEERING DEGREE. WHI I AND MS MALDONADO HAVE 4 YR DEGREES AND I HAVE TWICE THE YEARS OF SERVICE AND FEEL THAT MS. LODGE DISCRIMINATED AGAINST ME BASED ON RACE - AGE - AND GENDER. MS LODGE HAS REPEATEDLY ASSIGNED LESSER TITLES TO PROFESSIONAL AND TECHNICAL PERSONNEL SUCH AS I TO BACKWARD CLERICAL TITLES.

SCHWARTZ - SENIOR INVESTIGATIVE ATTORNEY

IN AN ENDEAVOR TO FIND HELP FROM BEING ASPHYXIATED FROM THE MORAL CORRODE IN WHICH I AM WRAPPED AROUND BY IN THE WORKPLACE, WHERE THE OPPRESSORS ARE MOTED WITH GUILT FROM FACTUAL TRUTH, AND THE OPPRESSED ARE IMMOBILIZED WITH FEAR AND FRUSTRATION, I PENNED A HEARTFELT LETTER TO DA IG N SCHWARTZ ON OCTOBER 6, 2017. AGAIN, THE INTERWOVEN TAPESTRY OF INSOLENCE AND DELUSIONAL CORRUPTION IS UNDERSCORED IN SILENCE ONCE AGAIN. TO DATE NOT A SINGLE WORD, YET I HAVE A STRONG SENSE THAT HE HAS SPOKEN TO MR. JEZYCHI AND THAT MR. JEZYCHI HAS TOLD OTHER MANAGERS BECAUSE OF THIER DREAD FILLED FACES WHEN I APPROACH AND SHARE THE AIR SPACE, LIKE DEERS CAUGHT IN HEADLIGHTS.

Of the persons in the same or similar situation as you, who was treated *worse* than you?

Full Name    Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. _____ NO ONE    — 0 — _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

Full Name    Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. MARY JOHNSON    AFRICAN AMERICAN    STAFF ANALYST II    IGNORED, DEMEANED, DISPARAGED AND DENIED ANY PROFESSIONAL GROWTH FOR OVER 15YRS. ALSO HER OVERTIME WAS STOPPED 4/2018

B. SANDRA AUGUSTUS    AFRICAN AMERICAN    ASSOCIATE STAFF ANALYST    INFORMED 4/2018 BY MANAGEMENT Mr. MCLEAN, THAT SHE COULD NO LONGER GET OVERTIME, ALTHOUGH MALES IN GROUP ARE ALLOWED. FEMALE SALARY DISPARITIES. ALSO, A NUMBER OF MALE WHILE PERFORMING THE SAME TASK IN PRODUCTION PLANNING & SCHEDULING GROUP

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9.  Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. SOPHIE HENDERSON - DIRECTOR, SAFETY AND ADMIN - CI O/H SHOP (718) 714-3273 (917) 696-7468 | | | |
| SHE WILL DESCRIBE THE PREVAILING CULTURE & WORKPLACE ENVIRONMENT THAT EXIST AND HOW IT IMPACTS EMPLOYEES. | | | |
| B. HORACE BIGGAS - MAINTAINER/MECHANIC - CI O/H SHOP (718) 877-9824 | | | |
| HE WILL DESCRIBE THE PREVAILING WORK CULTURE AND ENVIRONMENT THAT EXIST AND HOW IT IMPACTS EMPLOYEES | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☑ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

_____

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____ Signature

May 30, 2018 _____ Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c); this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.



# U.S. Equal Employment Opportunity Commission
## New York District Office

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
Fax: (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY TRANSIT AUTHORITY
EEOC Charge No.: 520-2014-01668
FEPA Charge No.:

September 5, 2014

Christine N. Knight
1675 East 93rd Street
Brooklyn, NY 11236

Dear Ms. Knight:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

    [ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)
    [ ]      The Age Discrimination in Employment Act (ADEA)
    [ ]      The Americans with Disabilities Act (ADA)
    [ ]      The Equal Pay Act (EPA)
    [ ]      The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to New York State Division Of Human Rights Federal Contract Unit One Fordham Plaza, 4 Fl. Bronx, NY 10458 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

John B. Douglass
Supervisory Investigator
(212) 336-3765

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)

cc:

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2014-01668 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Christine N. Knight | (718) 251-8919 | 09-06-1954 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1675 East 93rd Street, Brooklyn, NY 11236 | (W) (718) 714.3160<br>(C) (917) 674.7300 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NEW YORK CITY TRANSIT AUTHORITY | 500 or More | (718) 714-3156 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2556 Mcdonald Avenue, Brooklyn, NY 11223 | |

**RECEIVED MAR 21 2014 EEOC-NYDO-ADMIN**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                  03-21-2014

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Christine N. Knight, am an African American female who has been employed at the above entity since July 22, 1985 as an Associate Transit Management Analyst. I believe that I've been discriminated against based on my race, sex, and retaliation for submitting a formal complaint in June of 2013. I've experienced a continual treatment to date which I believe is discriminatory. I am continually treated as if I'm invisible in the workplace. I am ignored and denied all opportunities to engage and/or to participate in the functions. The person responsible for this is Jeffrey Rodger, Senior Director of Production Planning. After writing letters and emails to the department head, and getting no response, I've filed an EEO complaint with the MTA's inter-agency. As an employee of the MTA-NYCT, I believe that I'm entitled to have workplace problems addressed and/or resolved. Unfortunately, resolution is impossible without communication from multi-leveled members of management. Mr. Rodgers failed to include African Americans employees in Production Planning creations under his administration. He created an environment where African Americans are stereotyped, ignored, and overlooked. He manipulated and misused his position by filtering out

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8.4.2014<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>08/04/14 |

RAMON A NUNEZ
Notary Public - State of New York
NO. 01NU6078924
Qualified in Queens County
My Commission Expires 8/12/14

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2014-01668 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

African Americans from the planning process. His indifferent treatment towards me is staggering. I am treated differently than others as retaliation for my internal EEO compliant.

Based on the above, I believe I was discriminated against and Retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

\* AFTER SPEAKING TO THE ASSISTANT MECHANICAL OFFICER (MR. MEEKS) ON 6/12/2014 ABOUT THE OFFENSIVE TREATMENT OF MR. J. RODGERS, A GROUP MEETING WAS CALLED BY MR. MEEKS THE FOLLOWING MORNING OF JUNE 13, 2014. MR. RODGERS DISPARAGED ME IN FRONT OF EVERYONE IN THE MEETING IN RETALIATION FOR SPEAKING TO THE ACMO - MR. MEEKS BY SAYING THAT; "I ONLY SIGN HER TIMESHEETS BECAUSE MR. SIMONETTI (RETIRED) DID AND I HAVEN'T FOUND ANYONE TO GIVE HER TO." MR. MEEKS DIDN'T ~~INTERJECT~~ OR CORRECT MR. RODGERS.

\* ON JULY 23, 2014 I WAS SUMMONED TO MEET WITH MR. MEEKS & MR. RODGERS AT THE REQUEST OF MR. J. BROMFIELD, THE NEW DEPARTMENT HEAD. AFTER EXPRESSING MY FEELINGS OF A PLANTATION LIKE WORK ENVIRNMENT, MR. RODGERS BEGAN YELLING - STATING THAT; "I TAKE OFFENSE TO THAT - YOU SAID THAT BEFORE AND I AM OFFENDED BECAUSE MY GRAND FATHER USE TO WORK ON A FARM". AFTER STATING THAT IN A RANT HE SAID, "I CAN'T BE PREJUDICE BECAUSE I WORK FOR TWO MINORITIES". BOTH STATEMENTS WENT UNCHALLENGED BY MR. MEEKS.

\* MR. RODGERS REPEATEDLY HOLDS ONTO MY TIMESHEETS FOR DAYS & ON OCCASION A WEEK OVERLY SCRUTINIZING MY TIME AS A FORM OF HARASSMENT & ABUSING HIS POWER.

\* MR. RODGERS DENIED ME THE OPPORTUNITY TO INTERVIEW FOR A PROMOTIONAL POSITION IN THE SPRING OF 2013 WHILE GRANTING THE INTERVIEWING PROCESS TO HIS FAVORED FELLOW EMPLOYEES WHO HAVE LESS CREDENTIALS AS PER YEARS -OF-SERVICE, COLLEGE DEGREE, AND/OR PERMANENT JOB TITLE CLASSIFICATION. HE PROMOTED HIS FORMER NEIGHBOR, A PURE PROVISIONAL EMPLOYEE WITHOUT A COLLEGE DEGREE & ONLY 1/3 YRS OF SVC COMPARED TO MINE OF 29 YRS. (OVER)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8.4.2014 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>08/04/14 | RAMON A NUNEZ<br>Notary Public - State of New York<br>NO. 01NU6078924<br>Qualified in Queens County<br>My Commission Expires 8/12/14 |
| Date | Charging Party Signature | |

* I've. Begun by Appealed to and through every Rank & File in MTA-NYCT for help* in writing & in person from Now MTA Chairperson Mr. T. Prendergast as President of NYCT to only be ignored by unanswered emails & letters. I've also Appealed to Mr. C Bianco as NYCT V.P & as President without him stopping the Disparaging Treatment. Iv written many letters to MTA-NYCT Office of EEO for help only to be given the run-around that only lead to further long-stand. Discriminatory Treatment & workplace Disparity.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: _KNIGHT_   First Name: _KRISTINE - "CHRIS"_   MI: _N_

Street or Mailing Address: _1675 EAST 93RD STREET_   Apt or Unit #: _P/H_

City: _BROOKLYN_   County: _KINGS_   State: _NY_   Zip: _11236_

Phone Numbers: Home: (718) 251-8919   Work: (718) 714-3160

Cell: (917) 674-7300   Email Address: _MINDGEAR@HOTMAIL.COM - CHRIS.KNIGHT@NYCT.COM_

Date of Birth: _SEPT 6TH/1954_   Sex: ☐ Male ☑ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _USA_

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: _DANISE KNIGHT- EVANS_   Relationship: _DAUGHTER_

Address: _1675 EAST 93RD STREET_   City: _BROOKLYN_   State: _NY_   Zip Code: _11236_

Home Phone: (____) _____   Other Phone: (347) 962-1771

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer   ☐ Union   ☐ Employment Agency   ☑ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: _MTA - NEW YORK CITY TRANSIT - CONEY ISLAND OVERHAUL SHOP_

Address: _2556 MCDONALD AVENUE_   County: _KINGS_

City: _BROOKLYN_   State: _NY_ Zip: _11223_   Phone: (718) 714-3156

Type of Business: _TRANSPORTATION_   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _DAWN PINNOCK-HR VP_   Phone: (347) 643-8443

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: _JULY 22, 1985_   Job Title At Hire: _OFFICE AIDE_

Pay Rate When Hired: _$14,000.00_   Last or Current Pay Rate: _$67,314.00_

Job Title at Time of Alleged Discrimination: _ASSOCIATE TRANSIT MANAGEMENT ANALYST_   Date Quit/Discharged: _N/A_

Name and Title of Immediate Supervisor: _JEFFREY RODGERS, SENIOR DIRECTOR_

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☑ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____N/A_____

Other reason (basis) for discrimination (Explain): RETALIATION FOR WRITING AND FOR SPEAKING OUT ABOUT BIAS TREATMENT & WORKPLACE DISPARITY.

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: JAN, 2011 (ON-GOING) - Action: I AM CONTINUALLY TREATED AS IF INVISIBLE IN THE WORKPLACE. I AM IGNORED AND DENIED ALL OPPORTUNITIES TO ENGAGE AND/OR TO PARTICIPATE IN THE FUNCTIONS (over)

Name and Title of Person(s) Responsible: JEFFREY RODGER, SENIOR DIRECTOR PRODUCTION PLANNING

B. Date: _____ Action: AFTER WRITING LETTERS AND EMAILS TO DEPT HEAD NYCT V.P MR. BIANCO (NOW PRES) & NYCT PRES MR PRENDERGAST (NO CHNG) AND GETTING NO RESPONSE, I FILED AN EEO (OVER)

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

AS AN EMPLOYEE OF MTA-NYCT I AM ENTITLED TO HAVE WORKPLACE PROBLEMS ADDRESS AND/OR RESOLVED. RESOLUTION IS IMPOSSIBLE WITHOUT COMMUNICATION FROM MULTI-LEVELED

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

COMPLETE "SILENCE" / NONE / IGNORE ME AND MY PLEAS & APPEALS FOR PARITY. MR J. RODGERS, SEN DIRECTOR, PROD PLANNING - MR. WETHERELL V.P CMD, MR J. ANDREWS (over)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. DANIEL CHAMPAGNE | CAUCASIAN - MALE - MIDDLE - BORN AGAIN CHRISTIAN | ANALYST (JUST PROMOTED TO) MANAGER - DIRECTOR PROD PLANNING MAN | ABLE TO WORK A LOT OF OVERTIME WELCOMED INTO PROFESSIONAL FOLD ACKNOWLEDGED - PROMOTED WITHOUT A DEGREE - INTERVIEWED CONDUCTS REGULARLY |
| B. ED COLON | HISPANIC - MALE - MIDDLE - BORN AGAIN CHRISTIAN | (JUST PROMOTED FM TEW TITLE) MANAGER - DIRECTOR | WAS ABLE TO WORK MUCH OVERTIME WELCOMED INTO PROFESSIONAL FOLD GIVEN OPPORTUNITIES TO GROW ACKNOWLEDGED - PROMOTED GIVEN ACCESS TO PROJECTS THAT LEAD TO PROFESSIONAL GROW - INTERVIEWED |
| C. CHERYL MALDONADO | HISPANIC - FEMALE - MIDDLE ? | ANALYST | PROD PLANNING MANAGER CONSULTS REGULARLY |

ACKNOWLEDGED - INCLUDED IN PROFESSIONAL FOLD
(DAUGHTER OF RETIRED GENERAL SUPERINTENDANT)
GIVEN SPECIAL & VARIOUS ASSIGNMENTS
GIVEN INTERVIEW - OFFERED PROMOTION (TURNED DOWN DUE TO LOCATION)
PROD PLANNING MANAGER

2

5) A OPERATIONS OR SHOP PROJECTS; EVEN AFTER MANY APPEALS TO BE INCLUDED.

5) B) COMPLAINT OF DISCRIMINATORY CLAIMS IN MARCH OF 2013. TO DATE NO ONE HAS CONTACTED ME NOR HAS THE TREATMENT OF INVISIBILITY, EXCLUSION AND DEGRADATION DISCONTINUED. THE CHAIN OF COMMAND / RANK AND FILE; ALL WHOM HAVE BEEN INFORMED IN WRITING HAVE FAILED TO RESOLVE THIS EGEGIOUS TREATMENT TOWARD ME TO PUNISH ME FOR SPEAKING OUT ABOUT A CALLOUS CULTURE OF DISCRIMINATION AND RETALIATION.

cont)
) RANK & FILE MANAGERIAL'S REFUSAL TO ADDRESS / RESPOND TO MY VERBAL AND WRITTEN COMPLAINTS OF DISCRIMINATORY INDIFFERENCE IN THE WORKPLACE AS IT REGARDS FAILURE OF MANAGEMENT TO ACKNOWLEDGE MY PRESENCE; INCLUDE ME IN THE DAY TO DAY TASK OF THE ORGANIZATION INCLUDING SPECIAL PROJECTS, INTERVIEWS OR PROMOTION CONSIDERATIONS AS PER MY COUNTERPARTS. MTA CHAIRPERSON, NYCT PRESIDENT & VICE PRESIDENT, EEO V.P., H.R. VP, DCE V.P. HAVE ALL ACTED IN COLLUSION AS PER IGNORING MY PLEA FOR HELP. THE SILENT TREATMENT VISITED UPON ME TIME & TIME AGAIN AND (CONSISTENTLY IN MY IMMEDIATE WORK LOCATION BY MY IMMEDIATE SUPERVISOR) HAS CAUSE EMOTIONAL & PHYSICAL PAIN IN THIS LONG STANDING JOURNEY FOR PROFESSIONAL & ECONOMIC PARITY & RESPECT. CRUEL & INHUMAN TREATMENT. DENIED ACCESS & THE SAME OPPORTUNITIES AS OTHERS:

) V.P. EEO - MRS D. PINNOCK, V.P. HR. - MR. C. BIANCO, V.P. NYCT (NOW PRESIDENT, NYCT) - MR. T. PRENDERGAST PRESIDENT (NOW MTA CHAIRPERSON).

Of the persons in the same or similar situation as you, who was treated *worse* than you?

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A. _N/A_  NO ONE, AS THEY ALL BECOME NUMB & DUMBED DOWN BY THE OVER-

BARING CULTURE THAT CLASSIFIES - MARGINALIZE & OSTRACIZES

B. _AFRICAN AMERICAN EMPLOYEES INTO A PROFESSIONAL ABYSS._

Of the persons in the same or similar situation as you, who was treated the *same* as you?

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A. _NOT SURE_

B. _____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

9. Please check all that apply:        ☐ Yes, I have a disability
                                        ☐ I do not have a disability now but I did have one
                                        ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. FRANK DODDS  ANALYST - MTA-NYCT  3961 10th AVE NY, NY 10461

* MR. DODDS WILL ATTEST TO HIS KNOWLEDGE AND EXPERIENCE AS TO THE NATURE OF WORKPLACE →OVER

B. SONNIE HENDERSON  MANAGER  MTA-NYCT  2556 McDonald Ave. BKLYN, NY 11223

* WILL DESCRIBE THE LONG-STANDING CULTURE OF EGREGIOUS/DISCRIMINATORY TREATMENT THAT EXIST IN CONEY ISLAND OVERHAUL SHOP AND IN THE DEPT OF SUBWAYS-DIVISION OF CAR EQUIPMENT.

14. Have you filed a charge previously on this matter with the EEOC or another agency?    Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

MTA - NEW YORK CITY TRANSIT  MARCH - 2013  OFFICE OF EEO 130 LIVINGSTON STREET

16. Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Mr. J. ANDREWS VP EEO NYCT - 2007 - 2013 RESULTS -O- * Mr. ROBERTS PRES NYCT 2007-2009 -O- * Mr. J. WALDER 2/2011 - 5/2011 RESULTS -O- CHAR NTA

Mr. PRENDERGAST 12/2010 - 2/2012 RESPONSE 1/2/08-0- * Mr. BIANCO V.P. MTA 2010 - 2011 -O- * Mr. CORTES VP 2008-2011 -0- RESULTS * Mr. WETHERELL VP 5/2012 11/2012 over

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2   ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          March 18th, 2014
        Signature                         Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

13 A. DISPARITIES AND THE CULTURE OF INEQUITY WITHIN MTA-NYCT. MR. DODDS WILL ALSO AFFIRM TO THE RETALIATORY/BULLY CULTURE THAT PERMEATES MTA-NYCT STRIKING BLOWS OF EMOTIONAL ANGUISH, PAIN AND SUFFERING, FEAR AND IMMOBILIZATION TO MASSES OF DISENFRANCHISED EMPLOYEES.

KEITH MOORE CI O/H SHOP SUPERVISOR - 2556 McDONALD AVE BKLYN, NY 1223 WILL DISCRIBE OVERT CULTURE THAT EXIST IN THE CI O/H SHOP & HOW IT IMPACTS EMPLOYEES (AFRICAN AMERICANS & THEIR CAREERS.

(CONT)

MS. PINNOCK VP. HR   1/2012 - 5/2012 - 11/2012 -0-  RESULTS   *  MR. G. LOMBARDI  10/2012  RESULTS -0-

MR. JEFF RODGER SENIOR DIRECTOR/SUPERVISOR   5/2012 - 6/2012 - 7/2012 - 2/2013  RESPONSE -0- RESULT

MR. M. GARNER CHIEF DIVERSITY OFFICER  RESPONSE -0-  *  MR N. DIN  4/2011  RESULTS -0- /RESPONSE.  POLICY COMPLIANCE DEPUTY DIRECTOR

* MET WITH MR. J ANDREWS 2/2013 RE: WORKPLACE DISCRIMINATORY ISSUES

3/2013 FILED AN MTA-NYCT EEO DISCRIMINATION COMPLAINT WITH VICE PRES - EEO JOEL ANDREWS.

I RECEIVED STANDARD LETTER FROM EEO IN APRIL, 2013 STATING RECEIPT OF MY COMPLAINT; HOWEVER THERE HAS BEEN NO OTHER COMMUNICATION FROM EEO SINCE THEN.

12/2012
* I WROTE A LETTER TO THEN PRESIDENT PRENDERGAST (HAND DELIVERED) NO RESPONSE.

1/2013 I EMAILED THE SAME LETTER TO MR. PRENDERGAST AND STILL NO RESPONSE FROM HIS OFFICE.

10/2013 I WROTE ANOTHER LETTER TO NOW MTA CHAIRMAN PRENDERGAST; TO DATE I'VE NOT RECEIVED A SINGLE RESPONSE FROM ANYONE.



# U.S. Equal Employment Opportunity Commission
## New York District Office

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
Fax: (212) 336-3625

Respondent: NEW YORK CITY TRANSIT AUTHORITY
EEOC Charge No.: 520-2014-01668
FEPA Charge No.:

July 30, 2014

Christine N. Knight
1675 East 93rd Street
Brooklyn, NY 11236

Dear Ms. Knight:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]      The Age Discrimination in Employment Act (ADEA)

[ ]      The Americans with Disabilities Act (ADA)

[ ]      The Equal Pay Act (EPA)

[ ]      The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3)  Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to New York State Division Of Human Rights Federal Contract Unit One Fordham Plaza, 4 Fl. Bronx, NY 10458 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Thomas  Perez
Investigator
(212) 336-3778

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
   Copy of EEOC Form 5, Charge of Discrimination
   Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2014-01668 |

| New York State Division Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Christine N. Knight | (718) 251-8919 | 09-06-1954 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1675 East 93rd Street, Brooklyn, NY 11236 | (W) (718) 714.3160<br>(Q) (917) 674.7300 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| NEW YORK CITY TRANSIT AUTHORITY | 500 or More | (718) 714-3156 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2556 Mcdonald Avenue, Brooklyn, NY 11223 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
03-21-2014

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I, Christine N. Knight, am an African American female who has been employed at the above entity since July 22, 1985 as an Associate Transit Management Analyst. I believe that I've been discriminated against based on my race, sex, and retaliation for submitting a formal complaint in June of 2013. I've experienced a continual treatment to date which I believe is discriminatory. I am continually treated as if I'm invisible in the workplace. I am ignored and denied all opportunities to engage and/or to participate in the functions. The person responsible for this is Jeffrey Rodger, Senior Director of Production Planning. After writing letters and emails to the department head, and getting no response, I've filed an EEO complaint with the MTA's inter-agency. As an employee of the MTA-NYCT, I believe that I'm entitled to have workplace problems addressed and/or resolved. Unfortunately, resolution is impossible without communication from multi-leveled members of management. Mr. Rodgers failed to include African Americans employees in Production Planning creations under his administration. He created an environment where African Americans are stereotyped, ignored, and overlooked. He manipulated and misused his position by filtering out

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8.4.2014<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*<br>08/04/14 |

RAMON A NUNEZ
Notary Public - State of New York
NO. 01NU6078924
Qualified in Queens County
My Commission Expires 8/12/14

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2014-01668 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

African Americans from the planning process. His indifferent treatment towards me is staggering. I am treated differently than others as retaliation for my internal EEO compliant.

Based on the above, I believe I was discriminated against and Retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

AFTER SPEAKING TO THE ASSISTANT MECHANICAL OFFICER (MR. MEEKS) ON 6/12/2014 ABOUT THE OFFENSIVE TREATMENT OF MR. J. RODGERS, A GROUP MEETING WAS CALLED BY MR. MEEKS THE FOLLOWING MORNING OF JUNE 13, 2014. MR. RODGERS DISPARAGED ME IN FRONT OF EVERYONE IN THE MEETING IN RETALIATION FOR SPEAKING TO THE ACMO - MR. MEEKS BY SAYING THAT; "I ONLY SIGN HER TIMESHEETS BECAUSE MR. SIMONETTI (RETIRED) DID AND I HAVEN'T FOUND ANYONE TO GIVE HER TO," MR. MEEKS DIDN'T INTERJECT OR CORRECT MR. RODGERS.

ON JULY 23, 2014 I WAS SUMMONED TO MEET WITH MR. MEEKS & MR. RODGERS AT THE REQUEST OF MR. J. BROMFIELD, THE NEW DEPARTMENT HEAD. AFTER EXPRESSING MY FEELINGS OF A PLANTATION LIKE WORK ENVIRNMENT, MR. RODGERS BEGAN YELLING - STATING THAT; "I TAKE OFFENSE TO THAT - YOU SAID THAT BEFORE AND I AM OFFENDED BECAUSE MY GRAND FATHER USE TO WORK ON A FARM". AFTER STATING THAT IN A RANT HE SAID, "I CAN'T BE PREJUDICE BECAUSE I WORK FOR TWO MINORITIES". BOTH STATEMENTS WENT UNCHALLENGED BY MR. MEEKS.

MR. RODGERS REPEATEDLY HOLDS ONTO MY TIMESHEETS FOR DAYS & ON OCCASION A WEEK OVERLY SCRUTINIZING MY TIME AS A FORM OF HARRASSMENT & ABUSING HIS POWER.

MR. RODGERS DENIED ME THE OPPORTUNITY TO INTERVIEW FOR A PROMOTIONAL POSITION IN THE SPRING OF 2013 WHILE GRANTING THE INTERVIEWING PROCESS TO HIS FAVORED FELLOW EMPLOYEES WHO HAVE LESS CREDENTIALS AS PER YEARS-OF-SERVICE, COLLEGE DEGREE, AND/OR PERMANENT JOB TITLE CLASSIFICATION. HE PROMOTED HIS FORMER NEIGHBOR, A PURE PROVISIONAL EMPLOYEE WITHOUT A COLLEGE DEGREE & ONLY 1/3 YRS OF SVC COMPARED TO MINE OF 29 YRS. (OVER)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8.4.2014<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>08/04/14 | RAMON A NUNEZ<br>Notary Public - State of New York<br>NO. 01NU6078924<br>Qualified in Queens County<br>My Commission Expires 8/12/14 |

* I'VE PLEADED/APPEALED TO AND THROUGH EVERY RANK & FILE IN MTA-NYCT FOR HELP IN WRITING & IN PERSON FROM NOW MTA CHAIRPERSON MR. T. PRENDERGAST AS PRESIDENT OF NYCT TO ONLY BE IGNORED BY UNANSWERED EMAILS & LETTERS. I'VE ALSO APPEALED TO MR. C. BIANCO AS NYCT V.P & AS PRESIDENT WITHOUT HIM STOPPING THE DISPARAGING TREATMENT. IV WRITTEN MANY LETTERS TO MTA-NYCT OFFICE OF EEO FOR HELP ONLY TO BE GIVEN THE RUN-AROUND THAT ONLY LEAD TO FURTHER LONG STANDING DISCRIMINATORY TREATMENT & WORKPLACE DISPARITY.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: KNIGHT   First Name: KRISTINE - "CHRIS"   MI: N

Street or Mailing Address: 1675 East 93RD Street   Apt or Unit #: P/H

City: BROOKLYN   County: KINGS   State: NY   Zip: 11236

Phone Numbers: Home: (718) 251-8919   Work: (718) 714-3160

Cell: (917) 674-7300   Email Address: MINDGEAR@HOTMAIL.COM - CHRIS.KNIGHT@NYCT.COM

Date of Birth: Sept 6th 1954   Sex: ☐ Male ☑ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino?  ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? USA

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name: DENISE KNIGHT-EVANS   Relationship: DAUGHTER

Address: 1675 East 93RD Street   City: BROOKLYN   State: NY   Zip Code: 11236

Home Phone: (___) _____   Other Phone: (347) 962-1771

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer   ☐ Union   ☐ Employment Agency   ☑ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: MTA-New York City Transit - Coney Island Overhaul Shop

Address: 2556 McDonald Avenue   County: KINGS

City: BROOKLYN   State: NY   Zip: 11223   Phone: (718) 714-3156

Type of Business: Transportation   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Dawn Pinnock-HR VP   Phone: (347) 643-8443

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: July 22, 1985   Job Title At Hire: OFFICE AIDE

Pay Rate When Hired: $14,000.00   Last or Current Pay Rate: $67,314.00

Job Title at Time of Alleged Discrimination: ASSOCIATE TRANSIT MANAGEMENT ANALYST   Date Quit/Discharged: N/A

Name and Title of Immediate Supervisor: JEFFREY RODGERS, SENIOR DIRECTOR

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☑ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? ___ N/A ___

Other reason (basis) for discrimination (Explain): RETALIATION FOR WRITING AND FOR SPEAKING OUT ABOUT BIAS TREATMENT & WORKPLACE DISPARITY.

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: JAN, 2011 - (ON-GOING) Action: I AM CONTINUALLY TREATED AS IF INVISIBLE IN THE WORKPLACE. I AM IGNORED AND DENIED ALL OPPORTUNITIES TO ENGAGE AND/OR TO PARTICIPATE IN THE FUNCTIONS (OVER)

Name and Title of Person(s) Responsible: JEFFREY RODGER, SENIOR DIRECTOR PRODUCTION PLANNING

B. Date: _____ Action: AFTER WRITING LETTERS AND EMAILS TO DEPT HEAD NYCT VP MR. BIANCO (NEW PRES) & NYCT PRES MR PRENDERGAST (NO CHAIR) AND GETTING NO RESPONSE, I FILED AN EEO (OVER)

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

AS AN EMPLOYEE OF MTA-NYCT I AM ENTITLED TO HAVE WORKPLACE PROBLEMS ADDRESS AND/OR RESOLVED. RESOLUTION IS IMPOSSIBLE WITHOUT COMMUNICATION FROM MULTI-LEVELED

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

COMPLETE "SILENCE" / NONE / IGNORE ME AND MY PLEAS & APPEALS FOR PARITY. MR. J. RODGERS, SEN DIRECTOR, PROD PLANNING - MR. WETHERELL V.P. CMD, MR. J. ANDREWS (OVER)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. DANIEL CHAMPAGNE | CAUCASIAN - MALE - MIDDLE - BORN AGAIN CHRISTIAN | ANALYST (JUST PROMOTED TO) MANAGER - DIRECTOR PROD PLANNING MAN | ABLE TO WORK A LOT OF OVERTIME WELCOMED INTO PROFESSIONAL FOLD ACKNOWLEDGED - PROMOTED WITHOUT A DEGREE - INTERVIEWED CONDUCTS REGULARLY |
| B. ED COLON | HISPANIC - MALE - MIDDLE - BORN AGAIN CHRISTIAN | (JUST PROMOTED 5TH TECH TITLE) MANAGER - DIRECTOR | WAS ABLE TO WORK MUCH OVERTIME WELCOMED INTO PROFESSIONAL FOLD GIVEN OPPORTUNITIES TO GROW ACKNOWLEDGED - PROMOTED GIVEN ACCESS TO PROJECTS THAT LEAD TO PROFESSIONAL GROW - INTERVIEWED PROD PLANNING MANAGER CONSULTS REGULARLY |
| C. CHERYL MALDONADO | HISPANIC - FEMALE - MIDDLE ? | ANALYST | |

ACKNOWLEDGED - INCLUDED IN PROFESSIONAL FOLD
(DAUGHTER OF RETIRED GENERAL SUPERINTENDANT)
GIVEN SPECIAL & VARIOUS ASSIGNMENTS
GIVEN INTERVIEW - OFFERED PROMOTION (TURNED DOWN DUE TO LOCATION)

2

5)A  OPERATIONS OR SHOP PROJECTS; EVEN AFTER MANY APPEALS TO BE INCLUDED.

5)B) COMPLAINT OF DISCRIMINATORY CLAIMES IN MARCH OF 2013. TO DATE NO ONE HAS CONTACTED ME NOR HAS THE TREATMENT OF INVISIBILTY, EXCLUSION AND DEGRADATION DISCONTINUED. THE CHAIN OF COMMAND /RANK AND FILE; ALL WHOM HAVE BEEN INFORMED IN WRITING HAVE FAILED TO RESOLVE THIS EGEGIOUS TREATMENT TOWARD ME TO PUNISH ME FOR SPEAKING OUT ABOUT A CALLOUS CULTURE OF DISCRIMINATION AND RETALIATION.

(con't)

) RANK & FILE MANAGERIAL'S REFUSAL TO ADDRESS/RESPOND TO MY VERBAL AND WRITTEN COMPLAINTS OF DISCRIMINATORY INDIFFERENCE IN THE WORKPLACE AS IT REGARDS FAILURE OF MANAGEMENT TO ACKNOWLEDGE MY PRESENCE; INCLUDE ME IN THE DAY TO DAY TASK OF THE ORGANIZATION INCLUDING SPECIAL PROJECTS, INTERVIEWS OR PROMOTION CONSIDERATIONS AS PER MY COUNTERPARTS. MTA CHAIRPERSON, NYCT PRESIDENT & VICE PRESIDENT, EEO V.P, H.R VP, DOE V.P. HAVE ALL ACTED IN COLLUSION AS PER IGNORING MY PLEA FOR HELP. THE SILENT TREATMENT VISITED UPON ME TIME & TIME AGAIN AND (CONSISTENTLY IN MY IMMEDIATE WORK LOCATION BY MY IMMEDIATE SUPERVISIOR) HAS CAUSE EMOTIONAL & PHYSICAL PAIN IN THIS LONG STANDING JOURNEY FOR PROFESSIONAL & ECONOMIC PARITY & RESPECT. CRUEL & INHUMAN TREATMENT. DENIED ACCESS & THE SAME OPPORTUNITIES AS OTHERS:

) V.P. EEO - MRS D. PINNOCK, V.P. HR. - MR. C. BIANCO, V.P. NYCT (NOW PRESIDENT, NYCT) - MR. T. PRENDERGAST PRESIDENT (NOW MTA CHAIR PERSON).

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. N/A NO ONE, AS THEY ALL BECOME NUMB & DUMBED DOWN BY THE OVER-BARING CULTURE THAT CLASSIFIES - MARGINALIZE & OSTRACIZES

B. AFRICAN AMERICAN EMPLOYEES INTO A PROFESSIONAL ABYSS.

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. NOT SURE

B.

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. FRANK DODDS | ANALYST | MTA-NYCT 3961 10th AVE NY, NY 10461 | |

* Mr. DODDS WILL ATTEST TO HIS KNOWLEDGE AND EXPERIENCE AS TO THE NATURE OF WORKPLACE  →over

B. SOPHIE HENDERSON   MANAGER   MTA-NYCT 2556 McDONALD AVE. BKLYN, NY 11223

* WILL DESCRIBE THE LONG-STANDING CULTURE OF EGREGIOUS/DISCRIMINATORY TREATMENT THAT EXIST IN CONEY ISLAND OVERHAUL SHOP AND IN THE DEPT OF SUBWAYS-DIVISION OF CAR EQUIPMENT.

14. Have you filed a charge previously on this matter with the EEOC or another agency?    Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

MTA - NEW YORK CITY TRANSIT   MARCH - 2013 OFFICE OF EEO 130 LIVINGSTON STREET

16. Have you sought help about this situation from a union, an attorney, or any other source?   ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Mr. J. ANDREWS VP EEO NYCT -2007 -2013 RESULTS -0- * Mr. ROBERTS PRES N.YU 2007-2009 -0- * Mr. J. WALDER MTA 2/2011-5/2011 RESULTS -0-

Mr. PRENDERGAST 12/2010 -2/2012 MTA RESULTS 1/2008-0 * Mr. BIANCO V.P. 2010-2011-0- * Mr. OATES VP 2008-2011 -0- RESULTS * Mr. WETHERELL VP 5/2012 -11/2012 over→

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

---

BOX 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

---

BOX 2   ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    March 18th, 2014
        Signature                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.

5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

(CONT)

13 A: DISPARITIES AND THE CULTURE OF INEQUITY WITHIN MTA-NYCT. MR. DODDS WILL ALSO AFFIRM TO THE RETALIATORY/BULLY CULTURE THAT PERMEATES MTA-NYCT STRIKING BLOWS OF EMOTIONAL ANGUISH, PAIN AND SUFFERING, FEAR AND IMMOBILIZATION TO MASSES OF DISENFRANCHISED EMPLOYEES.

KEITH MOORE CI O/H SHOP SUPERVISOR - 2556 MCDONALD AVE BKLYN, NY 11223 WILL DESCRIBE OVERT CULTURE THAT EXIST IN THE CI O/H SHOP & HOW IT IMPACTS EMPLOYEES (AFRICAN AMERICANS & THEIR CAREERS.

(CONT)

6 MS. PINNOCK VP. HR 1/2012 - 5/2012 - 11/2012 -0- RESULTS * MR. G. LOMBARDI 10/2012 RESULTS -0-

MR. JEFF RODBER SENIOR DIRECTOR/SUPERVISOR 5/2012 - 6/2012 - 7/2012 - 2/2013 RESPONSE -0- RESULT

MR. M. GARNER CHIEF DIVERSITY OFFICER RESPONSE -0- * MR N. DIN 4/2011 RESULTS -0- /RESPONSE. POLICY COMPLIANCE DEPUTY DIRECTOR

* MET WITH MR. J. ANDREWS 2/2013 RE: WORKPLACE DISCRIMINATORY ISSUES

3/2013 FILED AN MTA-NYCT EEO DISCRIMINATION COMPLAINT WITH VICE-PRES-EEO JOEL ANDREWS. I RECEIVED STANDARD LETTER FROM EEO IN APRIL 2013 STATING RECEIPT OF MY COMPLAINT; HOWEVER THERE HAS BEEN NO OTHER COMMUNICATION FROM EEO SINCE THEN.

12/2012
* I WROTE A LETTER TO THEN PRESIDENT PRENDERGAST (HAND DELIVERED) NO RESPONSE.

1/2013 I EMAILED THE SAME LETTER TO MR. PRENDERGAST AND STILL NO RESPONSE FROM HIS OFFICE.

10/2013 I WROTE ANOTHER LETTER TO NOW MTA CHAIRMAN PRENDERGAST; TO DATE I'VE NOT RECEIVED A SINGLE RESPONSE FROM ANYONE.

Favorites ˅     Main Menu ˅

:ristine N Knight  |  MTA Today  |  🏠 Home  |  Contact BSC  |  Change Password  |  Sign Out

 **My MTA Portal**

All Forms ▼  Search          ≫  Advanced Search

| HR | FINANCE |
|---|---|
| PAYROLL | PROCUREMENT |

## My Activities

Job Search | My Notifications | **My Applications** | My Favorite Jobs | My Saved Searches | My Contact Inform

Display applica

### Applications

| | Job Title | Job ID | Job Posting Status | Location | Status | Screening Results | My Application Status | Date Create |
|---|---|---|---|---|---|---|---|---|
| | Do Not Use - For Linking Only | 74831 | Closed | | Submitted | | Linked | 07/19/2012 1:18PM |
| ✳ | Director, Production Planning, SMS | 89556 | Closed | NYCTA | Submitted | | Passed Prescreening | 05/18/2017 2:25PM |
| | Superintendent, Transportation (Buses) | 91266 | Open | Various | Submitted | | Applied | 10/12/2017 8:37AM |
| | Superintendent, Transportation (Buses) | 91266 | Open | Various | Not Submitted | | Not Submitted | 10/12/2017 8:30AM |

### Resumes

| Resume | Job ID | Attached File |
|---|---|---|
| Chris_s_Resume_Nov_2016.doc | 89556 | Chris_s_Resume_Nov_2016.doc |
| Chris_Knight_Resume.doc | 91266 | Chris_Knight_Resume.doc |

### Cover Letters and Attachments

You have not added any attachments.

Add Attachment

*DENIED AN INTERVIEW*

Job Opening

| New Window | Help

## Job Description

|  |  |
|---|---|
| **Job Title** | Director, Production Planning, SMS |
| **Job ID** | 89556 |
| **Location** | Various |
| **Full/Part Time** | Full-Time |
| **Regular/Temporary** | Regular |

Return to Previous Page          Switch to Internal View

### Job Information

✱ Title:       Director, Production Planning, SMS
Opens:  May 4, 2017
Closes:  May 18, 2017
Authority: TA
Department:  Subways
Division/Unit: Car Equipment
Reports to: Senior Director, Production Planning
Location:  Various
Hours of Work: As needed

### Compensation

Director, Production Planning, SMS (Grade. D):

Salary Range: $78,653 — $124,322

### Responsibilities

The SMS program is the largest preventative maintenance program in the division comprising over 60% of the material budget. This position oversees the forecasting for material requirements for this program; develops and monitors budget, coordinates activities of the various facilities performing the work through the development of the shipping schedule; monitors and reports SMS production and liaises between the various support units on behalf of operating managers to assist in the accomplishment of project goals.

### Education and Experience

A bachelor's degree in business, engineering or management science. Six years of experience in a rapid transit or related industry, three years of which must have been in a supervisory/managerial capacity.

### Desired Skills

- Knowledge of program planning and scheduling
- Computer and systems/terminal usage
- Car system and component operation and functions
- Capital/Operations improvement programs for facilities
- Familiarity with CED Operations
- Production planning and methods logistics
- Knowledge of NYCT Forecasting Systems and Practices.
  Familiarity with NYCT Procurement and Supply Logistics Practices.

5/4/2017 2:14 PM

**Selection Method**

Based on evaluation of education, skills, experience and interview.

All selected candidates will be subject to a full background investigation that includes employment and education. Discrepancies may lead to dismissal.

**Other Information**

As an employee of NYCT or MABSTOA you may be required to complete an annual financial disclosure statement with the state of New York, if your position earns more than $91,821.00 (this figure is subject to change) per year or if the position is designated as a policy maker.

**How To Apply**

Qualified applicants can submit an online application by clicking on the 'APPLY NOW' button from either the CAREERS page or from the JOB DESCRIPTION page.
If you have previously applied on line for other positions, enter your User Name and Password. If it is your first registration, click on the CLICK HERE TO REGISTER hyperlink and enter a User Name and Password; then click on the REGISTER button.

**Equal Employment Opportunity**

MTA New York City Transit is an Equal Opportunity Employer.

Return to Previous Page             Switch to Internal View

5/4/2017 2:14 PM

# CHRISTINE N. KNIGHT

## 1675 EAST 93RD STREET • BROOKLYN, NY 11236

☎ (718) 251- 8919 (H)   ☎ (718) 714-3160 (W) •   💻 *Chris.Knight@NYCT.com*

## OBJECTIVE                                              PASS NO. 480601

I seek to work on a dynamic team of innovative, creative and progressive thinkers who are committed to professional excellence. To achieve a continuous cycle of professional gratifications by a combination of commitment, hard work, utilization of diverse skills and working together with fellow colleagues to bring projects to fruition.

## EMPLOYMENT HISTORY

**1999 - Present          MTA-NYCT - Production Planning and Scheduling  - DCE - C.I. O/H Shop**

Associate Transit Management Analyst – Material Forecaster/Project Coordinator

- Material Forecaster - Pneumatic Shop – Forecast materials for annual usage; modify forecast as needed/requested. Review, monitor and analyze material usage, Issues Greater Than Forecast and Forecast No Issues. Monitor material usage trends for budgetary prudence and responsibility.
- Evaluate material forecast for accuracy based on usage, conduct frequent audits and cost analysis on SMS and Repair and Return components. Track usage trends and modify Pneumatic Shop material forecast to accommodate quarterly and seasonal declines and escalations in usage.
- Overhaul Shop liaison - storerooms, vendors, Procurement Dept., LIRR, Business Center (BSC)
- Interface with superintendants, supervisors, and engineers for quality assurance, material drop deliveries and to trouble-shoot on-going issues with forecast, material specs and product conflicts.
- Assists in implementation of management strategies to insure the effective operation of Production Planning and Scheduling in the overhaul shops.
- Monitors maintenance procedures with Engineering Dept., to refine procedures and procedures and operational safety for employees and environment. Provides data for planning and budget forecasting.
- Perform research/audits for O/H Shop deliveries and repair-and-return components
- Create, update and maintain computer database to evaluate, track and monitor O/H Shop Projects
- Generate and distribute material Receipts and Issues Reports and Tread Brake Units (TBU's)
- Review contract specifications and drawings to assure compliance with NYCT and vendor policies/procedures
- Monitor and compile information into RSMIS database for Tread Brake Units (TBU's)

**1997 - 1999          MTA – NYCT - Production Planning and Scheduling - C.I. O/H Shop**

Transit Management Analyst II

- Monitor and track Door Obstruction Program (labor and material cost)
- Compile data on car classes, reimbursable hours and assigned hourly personnel
- Analyze budget vs. actual man hours - produce statistical weekly reports
- Prepare and distribute monthly statistical reports – Identify trends
- Interface with shop personnel for quality assurance, vendor delivery and payment schedules
- Monitor data for trends and accuracy

**1995 - 1997          MTA - NYCT –Production Planning and Scheduling - C.I. O/H Shop**

Transit Management Analyst I

- Research and analyze productivity levels of maintenance shops
- Analyze shop hold car data - oversee hold car material projects
- Track hold car repair and returns components
- Create and maintain material database
- Monitor data for trends and accuracy
- Produce and distribute daily, monthly and annual hold cars reports

1990 - 1995          **MTA - NYCT - Mtce Planning and Engineering - C.I. O/H Shop**

Technical Support Aide II
- Assist engineers and shop supervisors in developing SMS procedures
- Research and provide analytical data to determine frequency of replacement and/or repair of parts
- Train and supervise subordinate employees in SMS manual production
- Create and produce excel charts for parts list *Bill of Materials* (BOM)
- Produce and distribute weekly, monthly and annual reports

1988 - 1990          **MTA - NYCT - Mtce Planning and Engineering - C.I. O/H Shop**

Technical Support Aide II
- Analyze car warranty records –identify problems and take corrective action
- Update R38, R40, R62A and R68 fleets repairs
- Compile data and produce warranty control reports
- Create and produce excel charts for parts list *Bill of Materials* (BOM)

1987– 1988          **MTA - NYCT - Timekeeping - DCE - 370 Jay Street**

Office Aide III/Payroll Timekeeper
- Compile, analyze and maintain employee time and leave balances
- Process shift differential, overtime, retro-active pay and holiday bonus adjustments
- Research, compile and prepare lump sum payments for retirees
- Collect statistical data for the analysis of labor deviation/force accounts
- Prepare bi-weekly reports for the Capital Budget Division

1985 - 1987          **MTA - NYCT - Payroll Department – 25 Chapel Street**

Office Aide I/Payroll Clerk
- Compile and analyze employee payroll data for payroll accuracy
- Process shift differential, overtime, retro-active pay and holiday bonus adjustments
- Process employee rate, title, tax and address changes
- Research, compile and prepare lump sum payments for retirees

## EDUCATION

**College of New Rochelle** - Bachelor of Arts - Communications

**Cornell University** - School of Industrial and Labor Relations

Women's Labor Studies - Certificate

**Computer Skills** - MS Office, Publisher, CMS, Talon, PeopleSoft, RSMIS

**STRENGTHS**     Excellent communication and people skills

Excellent organization skills.

Excellent writing skills

Excellent leadership skills

Strong analytical/critical analysis skills

Ability to work individually or as a team

Responsible/Self-motivated/Emotionally mature

Firm commitment to excellence

*References Furnished Upon Request*

# CHRISTINE N. KNIGHT

### 1675 EAST 93RD STREET • BROOKLYN, NY 11236

☎ (718) 251- 8919 (H)  ☎ (718) 714-3160 (W) •  🖥 *Chris.Knight@NYCT.com*

May 17, 2017

Employee Pass# 480601

Re: Job #: 89556

Please accept this letter and resume as my application for the position of Director, Production Planning, SMS.

A combination of education, training and employment experience has provided me with a wide array of professional, technical and organizational skills that make me a good candidate to fill this position.

I am highly motivated and have a passion for organization, professionalism and analytic dynamics. My personal skills include excellent communication skills, excellent writing proficiency, excellent conflict resolution skills, great leadership skills, great interpersonal/people skills and a sound knowledge-base of human psychology as it regards motivating, and inspirational equations.

I look forward to meeting with you to discuss in greater detail my qualifications and how I can be an asset to Production Planning.

Sincerely,

*Chris N. Knight*

Christine N. Knight