UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINE N. KNIGHT,                      Case No. 1:19-cv-01428-PKC-LB

                            Plaintiff,           **NOTICE OF APPEARANCE**

    -against-

MTA – NEW YORK CITY TRANSIT,

                           Defendant.
-------------------------------------------------------------X

PLEASE TAKE NOTICE, that counsel, HAMRA LAW GROUP, P.C., and the undersigned, does hereby appear in this action as attorneys for Plaintiff, CHRISTINE N. KNIGHT, for all purposes.

PLEASE TAKE FURTHER NOTICE, that all pleadings, proceedings, filings, notices, papers, and the like shall be served upon the undersigned at the electronic and post office address listed below.

Dated: Great Neck, New York
        April 7, 2023

                                           *Kevin S. Johnson*
                                  By:     Kevin S. Johnson, Esq.
                                  HAMRA LAW GROUP, P.C.
                                  *Attorneys for Plaintiff*
                                  1 Linden Place, Suite 207
                                  Great Neck, NY 11021
                                  (646) 590 – 0571
                                  kjohnson@hamralawgroup.com