ORIGINAL

U.S. District Court
Eastern District of New York

April 27, 2023
Case #: 1:19-CV-01428-PKC-LB

Knight et al v. MTA - New York City Transit et al

Honorable Judges: Pamela K. Chen
Magistrate Judge Lois Bloom



RECEIVED APR 27 2023 PRO SE OFFICE

Dear Judge: Chen/Bloom

As per request for status, please know that I have actively been searching for representation to take over my case since March 16, 2023 when my former lawyer, Laine Armstrong told me to find another lawyer. To date I have not secured a lawyer to represent me and I am still actively looking. I was referred to three lawyers by the National Lawyers Association and one of the three stated that she would have an answer as to representing me by early next week.

As per Mr. Kevin S. Johnson, he agreed to represent me the last week in March, however he ghosted me for weeks and wouldn't provide any updates and/or information as to what was going on. This was Deja-Vu, all too familiar as to what Ms. Laine Armstrong had done.

Ms. Armstrong refused to speak to me for months and would not give me any updates about my case including Summary Judgement although I've requested these documents repeatedly. She continued to get extensions over five months and I was forced to call and leave messages for her out of serious concern, yet she still refused to speak to me or forward any updated info to me about the status of my case. (OVER)

I HUMBLY ASK THAT THE COURT CONSIDER THE DILEMA THAT I AM IN, THAT WAS NOT CAUSED BY ME, BUT BY THE IRRESPONSIBLE AND UNETHICAL PRACTICE OF MY FORMER LAWYER LAINE ARMSTRONG AND GRANT ME MORE TIME TO GET MY FILES FROM LAINE ARMSTRONG, INCLUDING SUMMARY JUDGEMENT. I CAN'T REPLY TO SOMETHING THAT I DON'T HAVE IN MY POSSESSION. WOULD THE COURT ORDER THAT MY FILES ARE GIVEN TO ME?

I AM IN COMMUNICATIONS WITH THE PRO SE OFFICE AND WITH THE GRACE OF THE COURT WILL COMPLETE SUMMARY JUDGEMENT RESPONSE IF I AM GRANTED MORE TIME.

SINCERELY,

Christine N. Knight