UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------ X
CHRISTINE N. KNIGHT                  :
                                     :
              Plaintiff,             :
                                     :    Affirmation of Service
       -against-                     :
MTA - NEW YORK CITY TRANSIT          :    1:19-cv-01428(PKC)LB
                                     :
              Defendants.            :
                                     :
------------------------------------ X

I, _CHRISTINE N. KNIGHT_____, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon _____

__MICHELLE ANNESE_____

whose address is: _11 TIMES SQUARE_____

__NEW YORK, NY 10036-8299_____.

Dated: _FEB 7, 2025_____
              , New York

_____
Signature

_28 PONY COURT_____
Address

_SMYRNA, DE 19977_____
City, State & Zip Code

_(917) 674-7300_____
Telephone

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------- X
Christine N. Inghi                  :
                                    :
            Plaintiff,              :
                                    :        Affirmation of Service
    -against-                       :
                                    :        1:19 - cv 01428 (PKC) LB
MTA-New York City Transit           :
                                    :
            Defendants.             :
                                    :
---------------------------------- X

I, Christine N. Inghi _____, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon _____

Steven Hurd _____

whose address is: 11 Time Square _____
New York, NY 10036-8299 _____.

Dated: Feb 7, 2025
       , New York

_____
Signature

28 Tony Couri
Address

Smyrna, DE 19977
City, State & Zip Code

(917) 674-7300
Telephone

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006